# Composite Exhibit 1

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

10 Year Renewal

Corrected

Reg. No. 913,296
Registered June 8, 1971
Renewal Term Begins June 8, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### AUDEMARS PIGUET

SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CO. (SWITZERLAND CORPORATION)
LE BRASSUS, SWITZERLAND

OWNER OF U.S. REG. NO. 845,432.
THE NAME "AUDEMARS PIGUET" IS FANCIFUL.

FOR: WATCH STRAPS, WATCH BANDS, WATCH CHAINS AND JEWELRY, IN CLASS 28 (INT. CL. 14).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1883.

SER. NO. 72-350,862, FILED 2-9-1970.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 10, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 913,296
Registered June 8, 1971
Renewal Term Begins June 8, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### AUDEMARS PIGUET

SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIQUET & CO. (SWITZERLAND CORPORATION)
LE BRASSUS, SWITZERLAND

OWNER OF U.S. REG. NO. 845,432.
THE NAME "AUDEMARS PIGUET" IS FANCIFUL.

FOR: WATCH STRAPS, WATCH BANDS, WATCH CHAINS AND JEWELRY, IN CLASS 28 (INT. CL. 14).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1883.

SER. NO. 72-350,862, FILED 2-9-1970.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 10, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Certificate of Correction**

Registered June 8, 1971                                         Registration No. 913,296

Societe Anonyme de la Manufacture d'Horlogerie
Audemars Piguet & Co.

It is hereby certified that the above numbered registration is in error and a showing has been made that such error occurred in good faith through the fault of the applicant, said error requiring correction as follows:

In the statement, column 1, line 1, "Audemars Piguet & Co. S.A." should be deleted and *Societe Anonyme de la Manufacture d'Horlogerie Audemars Piguet & Co.* should be inserted.

The said registration should be read as though corrected as specified.

Signed and sealed this 14th day of March 1972.

[SEAL]

Attest:
K. E. PATRICK,
*Attesting Officer.*

ROBERT GOTTSCHALK,
*Commissioner of Patents.*

# United States Patent Office

**913,296**
Registered June 8, 1971

## PRINCIPAL REGISTER
## Trademark

Ser. No. 350,862, filed Feb. 9, 1970

## AUDEMARS PIGUET

Audemars Piguet & Co. S.A. (Swiss corporation)
1348 Le Brassus, Switzerland

For: WATCH STRAPS, WATCH BANDS, WATCH CHAINS AND JEWELRY, in CLASS 28 (INT. CL. 14).
First use 1875; in commerce 1883.
The name "Audemars Piguet" is fanciful.
Owner of U.S. Reg. No. 845,432.

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 2

**Serial #:** 72350862    **Filing Dt:** 02/09/1970    **Reg #:** 913296    **Reg. Dt:** 06/08/1971

**Registrant:** SOCIETE ANONYME DE LA MANUFACTURE

**Mark:** AUDEMARS PIGUET

## Assignment: 1

**Reel/Frame:** 2300/0780    **Recorded:** 02/20/2001    **Pages:** 4

**Conveyance:** CHANGE OF NAME

**Assignor:** SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE
**Exec Dt:** 06/02/2000
**Entity Type:** CORPORATION OF SWITZERLAND
**Citizenship:** NONE

**Assignee:** GROUPE AUDEMARS PIGUET S.A.
LE CHENIT, 16 ROUTE
DE FRANCE LE BRASSUS, SWITZERLAND
**Entity Type:** CORPORATION OF SWITZERLAND
**Citizenship:** NONE

**Correspondent:** BURNS, DOANE, SWECKER & MATHIS L.L.P.
B. PARKER LIVINGSTON, JR.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

**Domestic rep:** BURNS, DOANE, SWECKER & MATHIS, L.L.P.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

## Assignment: 2

**Reel/Frame:** 2279/0299    **Recorded:** 04/23/2001    **Pages:** 4

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** GROUPE AUDEMARS PIGUET S.A.
**Exec Dt:** 04/17/2001
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Assignee:** AUDEMARS PIGUET HOLDING S.A.
LE CHENIT
16 ROUTE DE FRANCE, LE BRASSUS, SWITZERLAND
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Correspondent:** BURNS, DOANE, SWECKER & MATHIS, L.L.P.
B. PARKER LIVINGSTON, JR.
P.O. BOX 1404
ALEXANDRIA, VIRGINIA 22313-1404

Search Results as of: 11/15/2018 10:55 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 965,112
Registered July 31, 1973
Renewal Term Begins July 31, 1993

## TRADEMARK
## PRINCIPAL REGISTER

# Royal Oak

SOCIETE ANONYME DE LA MANU-FACTURE D'HORLOGERIE AUDEMARS, PIGUET ET CIE (SWITZERLAND CORPORATION)
LE BRASSUS (VAUD), SWITZERLAND

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND, FILED 12-23-1972, REG. NO. 256609, DATED 12-23-1972.

FOR: WATCHES AND CLOCKS AND PARTS THEREOF, IN CLASS 27 (INT. CL. 14).

SER. NO. 72-427,461, FILED 6-16-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 29, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

965,112
Registered July 31, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 427,461, filed June 16, 1972



Societe Anonyme de la Manufacture d'Horlogerie Audemars, Piguet et Cie (Swiss corporation)
Le Brassus (Vaud), Switzerland

For: WATCHES AND CLOCKS AND PARTS THEREOF, in CLASS 27 (INT. CL. 14).
Priority claimed under Sec. 44(d) on Swiss Reg. No. 256,609, dated Dec. 23, 1972.

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**
**Serial #:** 72427461  **Filing Dt:** 06/16/1972   **Reg #:** 965112   **Reg. Dt** 07/31/1973
**Registrant:** SOCIETE ANONYME DE LA MANUFACTURE D'HORL
**Mark:** ROYAL OAK

## Assignment: 1
**Reel/Frame:** 2300/0780   **Recorded:** 02/20/2001   **Pages:** 4
**Conveyance:** CHANGE OF NAME
**Assignor:** SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE   **Exec Dt:** 06/02/2000
**Entity Type:** CORPORATION OF SWITZERLAND
**Citizenship:** NONE
**Assignee:** GROUPE AUDEMARS PIGUET S.A.   **Entity Type:** CORPORATION OF SWITZERLAND
LE CHENIT, 16 ROUTE
DE FRANCE LE BRASSUS, SWITZERLAND   **Citizenship:** NONE
**Correspondent:** BURNS, DOANE, SWECKER & MATHIS L.L.P.
B. PARKER LIVINGSTON, JR.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404
**Domestic rep:** BURNS, DOANE, SWECKER & MATHIS, L.L.P.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

## Assignment: 2
**Reel/Frame:** 2279/0541   **Recorded:** 04/23/2001   **Pages:** 4
**Conveyance:** NUNC PRO TUNC ASSIGNMENT
**Assignor:** GROUPE AUDEMARS PIGUET SA   **Exec Dt:** 04/17/2001
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND
**Assignee:** SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE   **Entity Type:** CORPORATION
16, ROUTE DE FRANCE
LE CHENIT   **Citizenship:** SWITZERLAND
LE BRASSUS, SWITZERLAND
**Correspondent:** BURNS DOANE SWECKER & MATHIS LLP
B. PARKER LIVINGSTON JR
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

## Assignment: 3
**Reel/Frame:** 2648/0230   **Recorded:** 01/09/2003   **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE   **Exec Dt:** 01/03/2003
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND
**Assignee:** AUDEMARS PIGUET HOLDING S.A.   **Entity Type:** CORPORATION

|  |  |
|---|---|
| | 16, ROUTE DE FRANCE |
| | LE CHENIT, LE BRASSUS, SWITZERLAND |
| **Correspondent:** | BURNS, DOANE, SWECKER & MATHIS |
| | B. PARKER LIVINGSTON, JR. |
| | POST OFFICE BOX 1404 |
| | ALEXANDRIA, VA 22313-1404 |

**Citizenship:** SWITZERLAND

Search Results as of: 11/15/2018 11:06 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

---

| **HOME** | **INDEX**| **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,591,934

**United States Patent and Trademark Office**   Registered Apr. 17, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## AUDEMARS PIGUET

SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE (SWITZERLAND CORPORATION)
LE BRASSUS, SWITZERLAND

FOR: WATCHES, CLOCKS, STOP WATCHES, TIME RECORDERS, CHRONOMETERS, CHRONOGRAPHS, WATCH MOVEMENTS, AND PARTS OF ALL THE FOREGOING, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1883; IN COMMERCE 0-0-1883.

THE NAME "AUDEMARS PIGUET" IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 73-826,700, FILED 9-21-1989.

JILL C. ALT, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments:** 2

| | | | |
|---|---|---|---|
| **Serial #:** 73826700 | **Filing Dt:** 09/21/1989 | **Reg #:** 1591934 | **Reg. Dt:** 04/17/1990 |

**Registrant:** SOCIETE ANONYME DE LA MANUFACTURE D'HORL
**Mark:** AUDEMARS PIGUET

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 2300/0780 | **Recorded:** 02/20/2001 | **Pages:** 4 |

**Conveyance:** CHANGE OF NAME

**Assignor:** SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE
    **Exec Dt:** 06/02/2000
    **Entity Type:** CORPORATION OF SWITZERLAND
    **Citizenship:** NONE

**Assignee:** GROUPE AUDEMARS PIGUET S.A.
LE CHENIT, 16 ROUTE
DE FRANCE LE BRASSUS, SWITZERLAND
    **Entity Type:** CORPORATION OF SWITZERLAND
    **Citizenship:** NONE

**Correspondent:** BURNS, DOANE, SWECKER & MATHIS L.L.P.
B. PARKER LIVINGSTON, JR.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

**Domestic rep:** BURNS, DOANE, SWECKER & MATHIS, L.L.P.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 2279/0299 | **Recorded:** 04/23/2001 | **Pages:** 4 |

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** GROUPE AUDEMARS PIGUET S.A.
    **Exec Dt:** 04/17/2001
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND

**Assignee:** AUDEMARS PIGUET HOLDING S.A.
LE CHENIT
16 ROUTE DE FRANCE, LE BRASSUS, SWITZERLAND
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND

**Correspondent:** BURNS, DOANE, SWECKER & MATHIS, L.L.P.
B. PARKER LIVINGSTON, JR.
P.O. BOX 1404
ALEXANDRIA, VIRGINIA 22313-1404

Search Results as of: 11/15/2018 11:07 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,866,069**
Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



AUDEMARS PIGUET HOLDING S.A. (SWITZERLAND JOINT STOCK COMPANY)
ROUTE DE FRANCE 16
LE CHENIT
LE BRASSUS, SWITZERLAND

   FOR: WATCHES, WRISTWATCHES, CHRONOMETERS, CHRONOGRAPHS FOR USE AS WATCHES, WATCH FACES AND CASES, ALL THE AFORESAID GOODS BEING OF SWISS ORIGIN, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

   FIRST USE 1-1-1972; IN COMMERCE 1-1-1972.

   THE MARK CONSISTS OF A CONFIGURATION OF A WATCH FACE TOGETHER WITH A BEZEL HAVING A CIRCULAR INNER SHAPE AND AN OCTAGONAL OUTER SHAPE WITH SLIGHTLY ROUNDED SIDES TOGETHER WITH EIGHT VISIBLE SCREWS PLACED IN THE ANGLES OF THE OCTAGONAL SHAPE AND FORMING AN OUTER RING AROUND THE GLASS OF THE WATCH FACE.

   SEC. 2(F).

   SER. NO. 76-469,603, FILED 11-22-2002.

   AMY HELLA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,873,707
Registered Aug. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# AP
# AUDEMARS PIGUET

AUDEMARS PIGUET HOLDING S.A. (SWITZERLAND JOINT STOCK COMPANY)
ROUTE DE FRANCE 16
LE CHENIT
LE BRASSUS, SWITZERLAND

FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCH CASES, WATCH BANDS, CHRONOGRAPHS FOR USE AS WATCHES, CHRONOMETERS, CLOCKS, WATCHES, WRISTWATCHES, JEWELRY, NAMELY, RINGS, EARRINGS, CUFF LINKS, BRACELETS, PENDANTS, BROOCHES, CHAINS, NECKLACES, TIE PINS, PINS FOR USE AS JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1971; IN COMMERCE 1-1-1971.

OWNER OF U.S. REG. NOS. 913,296 AND 1,591,934.

THE WORDING AUDEMARS PIGUET DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 76-508,347, FILED 4-18-2003.

NANCY CLARKE, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,885,834
Registered Sep. 21, 2004

## TRADEMARK
PRINCIPAL REGISTER

## ROYAL OAK

AUDEMARS PIGUET HOLDING S.A. (SWITZERLAND JOINT STOCK COMPANY)
ROUTE DE FRANCE 16
LE CHENIT
LE BRASSUS, SWITZERLAND

   FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCH CASES, WATCH BANDS, CHRONOGRAPHS FOR USE AS WATCHES, CHRONOMETERS, CLOCKS, WATCHES, WRISTWATCHES, JEWELRY, NAMELY, RINGS, EARRINGS, CUFF LINKS, BRACELETS, PENDANTS, BROOCHES, CHAINS, NECKLACES, TIE PINS, PINS FOR USE AS JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

   FIRST USE 1-1-1974; IN COMMERCE 1-1-1974.

   OWNER OF U.S. REG. NOS. 965,112, 1,572,003, AND 1,979,935.

   SER. NO. 76-508,346, FILED 4-18-2003.

STEVEN BERK, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 3,480,826
Registered Aug. 5, 2008

## TRADEMARK
PRINCIPAL REGISTER



SOCIETE ANONYME DE LA MANUFACTURE; D'HORLOGERIE AUDEMARS PIGUET & CIE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
16, ROUTE DE FRANCE
CH-1348 LE BRASSUS
SWITZERLAND

 FOR: PRECIOUS METALS AND THEIR ALLOYS AND OBJECTS MADE OF PRECIOUS METALS, THEIR ALLOYS OR COATED THEREWITH, NAMELY, CRAFT WORK OBJECTS, ORNAMENTAL OBJECTS, TIE PINS, CUFF LINKS, PENDANTS; JEWELRY, BIJOUTERIE, PRECIOUS AND SEMI-PRECIOUS STONES; TIMEPIECES, NAMELY, WATCHES, WATCH MAKING MATERIALS, NAMELY, WATCH PARTS, PENDULUM CLOCKS, PENDULETTES, ALARM CLOCKS AND CHRONO-METRIC INSTRUMENTS, CHRONOGRAPHS FOR USE AS TIMEPIECES AND WATCHES, APPARATUS FOR TIMING SPORTS EVENTS, CHRONOMETERS, WATCH STRAPS, DIALS FOR CLOCK-AND-WATCH MAKING, BOXES, CHESTS IN THE NATURE OF OVERSIZE JEWELRY BOXES, CASKETS AND CASES FOR TIMEPIECES AND JEWELRY; KEY RINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

 OWNER OF INTERNATIONAL REGISTRATION 0594072 DATED 10-16-1992, EXPIRES 10-16-2012.

 SER. NO. 79-038,879, FILED 12-18-2006.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 79038879 | **Filing Dt:** 12/18/2006 | **Reg #:** 3480826 | **Reg. Dt:** 08/05/2008 |
| **Registrant:** SOCIETE ANONYME DE LA MANUFACTURE; D'HOR | | | |
| **Mark:** | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0781 | **Recorded:** 06/23/2012 | | **Pages:** 2 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** SOCIETE ANONYME DE LA MANUFACTURE D'HORLOGERIE AUDEMARS PIGUET & CIE | | **Exec Dt:** 04/17/2012 **Entity Type:** UNKNOWN **Citizenship:** SWITZERLAND | |
| **Assignee:** AUDEMARS PIGUET HOLDING S.A. ROUTE DE FRANCE 16 CH-1348 LE BRASSUS, SWITZERLAND | | **Entity Type:** SOCI?T? ANONYME **Citizenship:** SWITZERLAND | |
| **Correspondent:** AUDEMARS PIGUET HOLDING S.A. ROUTE DE FRANCE 16 CH-1348 LE BRASSUS SWITZERLAND | | | |

Search Results as of: 11/15/2018 11:07 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT** |

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,696,017** AUDEMARS PIGUET HOLDING S.A. (SWITZERLAND SOCIÉTÉ ANONYME)
Registered Oct. 13, 2009  16, ROUTE DE FRANCE
LE CHENIT; CH-1348 LE BRASSUS, SWITZERLAND

**Int. Cl.: 14** FOR: PRECIOUS METALS AND THEIR ALLOYS, NAMELY, ASHTRAYS, CIGAR AND CIGARETTE CASES, CIGAR AND CIGARETTE HOLDERS; TIE PINS, CUFF-LINKS, PENDANTS; JEWELRY, PRECIOUS AND SEMI-PRECIOUS GEMSTONES;TIMEPIECES, NAMELY, WATCHES, WRISTWATCHES, CLOCKS,CHRONOMETERS, CHRONOGRAPHS FOR USE AS WATCHES,WATCH STRAPS; CLOCK DIALS, WATCH CASES; JEWELRY CASES AND BOXES OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 1-20-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0836924 DATED 7-13-2004, EXPIRES 7-13-2014.

OWNER OF U.S. REG. NOS. 1,912,052 AND 2,873,707.

SER. NO. 79-006,638, FILED 7-13-2004.

FRANK LATTUCA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,683,263**
**Registered Feb. 10, 2015**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUDEMARS PIGUET HOLDING SA (SWITZERLAND SOCIÉTÉ ANONYME)
ROUTE DE FRANCE 16
CH-1348 LE BRASSUS, SWITZERLAND

FOR: PRECIOUS METALS AND ALLOYS THEREOF AND GOODS MADE OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, CUFFLINKS, PENDANTS, WATCHES, ALARM CLOCKS, CHRONOGRAPHS FOR USE AS TIMEPIECES AND WATCHES, DIALS FOR CLOCK-AND-WATCH MAKING, BOXES, CASKETS AND CASES FOR TIMEPIECES AND JEWELRY, KEY RINGS OF PRECIOUS METAL; JEWELRY; PRECIOUS STONES; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF U.S. REG. NOS. 2,873,707 AND 3,696,017.

PRIORITY DATE OF 2-25-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1203693 DATED 4-9-2014, EXPIRES 4-9-2024.

THE MARK CONSISTS OF THE LETTERS "AP" IN STYLIZED FORM.

SER. NO. 79-147,225, FILED 4-9-2014.

CARYN GLASSER, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States Patent and Trademark Office**

United States of America
United States Patent and Trademark Office



**Reg. No. 4,865,091**  AUDEMARS PIGUET HOLDING SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DE FRANCE 16
**Registered Dec. 8, 2015**  LE BRASSUS, SWITZERLAND CH1348

**Int. Cl.: 14**  FOR: JEWELRY, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**  PRIORITY DATE OF 12-9-2014 IS CLAIMED.

**PRINCIPAL REGISTER**  OWNER OF INTERNATIONAL REGISTRATION 1247290 DATED 3-16-2015, EXPIRES 3-16-2025.

SER. NO. 79-165,298, FILED 3-16-2015.

JOHN KELLY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office