Composite Exhibit 2

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**
Renewal

Reg. No. 65,109
Registered Sep. 10, 1907
OG Date Aug. 23, 1988

## TRADEMARK
## PRINCIPAL REGISTER

# *LONGINES*

COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A. (SWITZERLAND CORPORATION)
15 RUE AGASSIZ
ST.-IMER, SWITZERLAND, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME FROM A. WITTNAUER CO. (NEW YORK CORPORATION) NEW YORK, NY

FOR: WATCHES, PARTS OF WATCHES, AND WATCHCASES, IN CLASS 27 (INT. CL. 14).

FIRST USE 0-0-1869; IN COMMERCE 0-0-1869.

SER. NO. 27,584, FILED 5-23-1907.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 23, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# UNITED STATES PATENT OFFICE.

A. WITTNAUER CO., OF NEW YORK, N. Y.

TRADE-MARK FOR WATCHES, PARTS OF WATCHES, AND WATCHCASES.

No. 65,109.    Statement and Declaration.    Registered Sept. 10, 1907.

Application filed May 23, 1907. Serial No. 27,584.

## STATEMENT.

*To all whom it may concern:*

Be it known that A. WITTNAUER Co., a corporation duly organized under the laws of the State of New York, and located in the city of New York, borough of Manhattan, in the county and State of New York, and doing business at Nos. 9, 11, and 13 Maiden Lane, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, for watches, parts of watches, and watchcases, in Class No. 59, Horological instruments.

The trade-mark has been continuously used in the business of said corporation and in the business of its predecessors, A. Wittnauer, and J. E. Robert & Co., since 1869.

The trade-mark is applied or affixed directly to the goods by engraving or otherwise producing it thereon, and it is also printed on tags and labels affixed to the goods and the packages containing the same.

A. WITTNAUER CO.,
By V. E. DESSION,
*Secretary.*

## DECLARATION.

State of New York county of New York ss.

VICTOR E. DESSION, being duly sworn, deposes and says that he is the secretary of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation is the owner of the trade-mark sought to be registered; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use said trade-mark, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said trade-mark is used by the said corporation in commerce among the several States of the United States, and particularly between Pennsylvania, Massachusetts, Ohio, California, between the United States and foreign nations or Indian tribes, and particularly with Canada and Switzerland that the description, drawing, specimens or fac-similes presented truly represent the trade-mark sought to be registered, and that the trade-mark has been in actual and continuous use as a trade-mark of the applicant or the predecessors of the applicant, from which the applicant derived title, for ten years next preceding the passage of the act of Congress of February 20, 1905, and that, to the best of his knowledge and belief, such use has been exclusive.

V. E. DESSION.

Subscribed and sworn to before me, a notary public, this 13th day of December, 1906.

[L. S.]    HARRY THOMAS,
*Notary Public, New York County.*

Int. Cl.: 14
Prior U.S. Cl.: 27

Reg. No. 668,956

**United States Patent and Trademark Office**  Registered Oct. 28, 1958

**10 Year Renewal**  Renewal Term Begins Oct. 28, 1998

## TRADEMARK
## PRINCIPAL REGISTER



LONGINES

COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A. (SWITZERLAND CORPORATION)
2610 ST-IMIER, SWITZERLAND

OWNER OF SWITZERLAND REG. NO. 101865, DATED 4-2-1942.
OWNER OF U.S. REG. NO. 65,109.

FOR: WATCHES AND WATCH MOVEMENTS AND PARTS THEREOF, IN CLASS 27 (INT. CL. 14).

FIRST USE 0-0-1880; IN COMMERCE 0-0-1880.

SER. NO. 72-036,858, FILED 9-9-1957.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 17, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Amendment**

Registered October 28, 1958                    Registration No. 668,956

Compagnie des Montres Longines, Francillon S.A. (Longines Watch Co. Francillon Ltd.)

Application to amend having been made by Compagnie des Montres Longines, Francillon S.A., owner of the registration above identified, the drawing is amended to appear as follows:



Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 3rd day of June 1980.

[SEAL]

Attest:

JANIE COOKSEY,
*Attesting Officer.*

SIDNEY A. DIAMOND,
*Commissioner.*

# United States Patent Office

**668,956**
Registered Oct. 28, 1958

## PRINCIPAL REGISTER
## Trademark

Ser. No. 36,858, filed Sept. 9, 1957



Compagnie des Montres Longines, Francillon S. A. (Longines Watch Co. Francillon Ltd.), (Swiss corporation)
15 Rue Agassiz
St-Imier, Switzerland

For: WATCHES AND WATCH MOVEMENTS AND PARTS THEREOF, in CLASS 27.
First use about 1880; in commerce about 1880; in 1869 as to "Longines."
Owner of Swiss Reg. No. 101,865, dated Apr. 2, 1942; and U. S. Reg. No. 65,109.

COMB. AFF. SEC 8 & 15
DEC 26 1963

Int. Cl.: **14**

Prior U.S. Cls.: **27 and 28**

**United States Patent and Trademark Office**

Reg. No. **1,328,417**
Registered Apr. 2, 1985

## TRADEMARK
### PRINCIPAL REGISTER



COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A. (LONGINES WATCH CO. FRANCILLON LTD.) (SWITZERLAND CORPORATION)
ST-IMIER, SWITZERLAND

FOR: CLOCKS, WATCHES AND PARTS THEREFOR, AND JEWELRY AND COSTUME JEWELRY, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 12-31-1952; IN COMMERCE 12-31-1952.

OWNER OF U.S. REG. NOS. 668,956, 685,126, AND 685,905.

SER. NO. 461,704, FILED 1-20-1984.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**  Reg. No. 1,377,147
Registered Jan. 7, 1986

## TRADEMARK
PRINCIPAL REGISTER

# LONGINES

COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A. (SWITZERLAND CORPORATION)
ST.-IMIER, SWITZERLAND

FOR: CLOCKS, WATCHES AND PARTS THEREFOR, AND JEWELRY AND COSTUME JEWELRY, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 12-31-1952; IN COMMERCE 12-31-1952.

OWNER OF U.S. REG. NOS. 668,956, 685,126, AND 685,905.

SER. NO. 540,863, FILED 6-3-1985.

RICHARD B. GORDON, EXAMINING ATTORNEY