Composite Exhibit 3

Int. Cl.: 14
Prior U.S. Cl.: 27

Reg. No. 520,291

**United States Patent and Trademark Office**  Registered Jan. 24, 1950

10 Year Renewal  Renewal Term Begins Jan. 24, 2000

## TRADEMARK
## PRINCIPAL REGISTER

### PATEK PHILIPPE

HENRI STERN WATCH AGENCY, INC. (NEW YORK CORPORATION) ONE ROCKEFELLER PLAZA NEW YORK, NY 10020, BY ASSIGNMENT, BY ASSIGNMENT HENRI STERN WATCH AGENCY, INC., THE (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 400,257.

FOR: WATCHES, IN CLASS 27 (INT. CL. 14).

FIRST USE 10-25-1948; IN COMMERCE 10-25-1948.

SER. NO. 71-573,062, FILED 1-29-1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 30, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 520,291
Registered Jan. 24, 1950
Renewal Approved Apr. 3, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### PATEK PHILIPPE

HENRI STERN WATCH AGENCY, INC. (NEW YORK CORPORATION)
10 ROCKEFELLER PLAZA
NEW YORK, NY 10020, ASSIGNEE BY MESNE ASSIGNMENT HENRI STERN WATCH AGENCY, INC., THE (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 400,257.

FOR: WATCHES, IN CLASS 27 (INT. CL. 14).

FIRST USE 10-25-1948; IN COMMERCE 10-25-1948.

SER. NO. 71-573,062, FILED 1-29-1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 15, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Jan. 24, 1950

Registration No. 520,291

**PRINCIPAL REGISTER**
Trade-Mark

# UNITED STATES PATENT OFFICE

The Henri Stern Watch Agency, Inc.,
New York, N. Y.

Act of 1946

Application January 29, 1949, Serial No. 573,062

## PATEK PHILIPPE

**(Statement)**

The Henri Stern Watch Agency, Inc., a corporation duly organized under the laws of the State of New York, located and doing business at No. 587 Fifth Avenue, in the city, county, and State of New York, has adopted and is using the trade-mark shown in the accompanying drawing, for WATCHES, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied or affixed to the goods by imprinting, or otherwise applying, the trade-mark upon the dials of the watches, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on October 25, 1948, and first used in commerce among the several States of the United States which may lawfully be regulated by Congress on the same date.

Applicant is the owner of Reg. No. 400,257 dated February 23, 1943.

**(Declaration)**

Einar A. Buhl, being duly sworn, deposes and says that he is vice-president of The Henri Stern Watch Agency, Inc., the applicant named in the foregoing statement, that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

THE HENRI STERN WATCH
AGENCY, INC.,
By EINAR A. BUHL,
*Vice-President.*

JUN 14 1955

Affd. Sec. 8 Accpt. Sec. 15 Ack.

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments:** 3

**Serial #:** 71573062   **Filing Dt:** 01/29/1949   **Reg #:** 520291   **Reg. Dt:** 01/24/1950
**Registrant:** HENRI STERN WATCH AGENCY, INC., THE
**Mark:** PATEK PHILIPPE

### Assignment: 1
| | |
|---|---|
| **Reel/Frame:** 0397/0405 | **Recorded:** 08/10/1981   **Pages:** 1 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | |
| **Assignor:** HENRI STERN WATCH AGENCY, INC., THE | **Exec Dt:** 07/27/1981
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK |
| **Assignee:** PATEK PHILIPPE GENEVE
GRAND QUAI 22
GENEVA, SWITZERLAND | **Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND |
| **Correspondent:** WOLDER, GROSS, ET AL.
41 EAST 42ND ST.
NEW YORK, NY 10017 | |

### Assignment: 2
| | |
|---|---|
| **Reel/Frame:** 0434/0615 | **Recorded:** 02/17/1983   **Pages:** 1 |
| **Conveyance:** RE-RECORD OF AN INSTRUMENT RECORDED AUG. 10, 1981 REEL 397 FRAME 405, TO CORRECT THE NAME OF THE ASSIGNEE. | |
| **Assignor:** HENRI STERN WATCH AGENCY, INC., THE | **Exec Dt:** 07/27/1981
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK |
| **Assignee:** PATEK PHILIPPE S A
GRAND QUAI 22
GENEVA, SWITZERLAND | **Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND |
| **Correspondent:** WOLDER, GROSS, ET AL.
41 EAST 42ND ST.
NEW YORK, NY 10017 | |

### Assignment: 3
| | |
|---|---|
| **Reel/Frame:** 0461/0987 | **Recorded:** 03/19/1984   **Pages:** 1 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | |
| **Assignor:** PATEK, PHILIPPE SA | **Exec Dt:** 03/01/1984
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND |
| **Assignee:** HENRI STERN WATCH AGENCY, INC.
10 ROCKEFELLER PLAZA
NEW YORK, NEW YORK | **Entity Type:** CORPORATION
**Citizenship:** NEW YORK |
| **Correspondent:** WOLDER, GROSS, ET AL.
41 EAST 42ND ST.
NEW YORK, NY 10017 | |

Search Results as of: 11/15/2018 11:39 AM

# United States Patent Office

**764,655**
Registered Feb. 11, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 167,336, filed Apr. 22, 1963

## PATEK PHILIPPE

The Henri Stern Watch Agency, Inc. (New York corporation)
10 Rockefeller Plaza
New York 20, N.Y.

For: LEATHER STRAPS FOR WRIST WATCHES, in CLASS 28.
First use in or about January 1948; in commerce in or about January 1948.
Owner of Reg. Nos. 400,257, 675,996, and others.

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 3
**Serial #:** 72167336    **Filing Dt:** 04/22/1963    **Reg #:** 764655    **Reg. Dt:** 02/11/1964
**Registrant:** HENRI STERN WATCH AGENCY, INC., THE
**Mark:** PATEK PHILIPPE

## Assignment: 1

| | |
|---|---|
| **Reel/Frame:** 0403/0705    **Recorded:** 11/18/1981 | **Pages:** 1 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOOD WILL AS OF JULY 27, 1981 | |
| **Assignor:** HENRI STERN WATCH AGENCY,INC. THE | **Exec Dt:** 10/28/1981 **Entity Type:** CORPORATION **Citizenship:** NEW YORK |
| **Assignee:** PATEK PHILIPPE GENEVE<br>GRAND QUAI 22<br>GENEVA, SWITZERLAND | **Entity Type:** CORPORATION **Citizenship:** SWITZERLAND |
| **Correspondent:** WOLDER, GROSS ET AL.<br>41 EAST 42ND ST.<br>NEW YORK, NY 10017 | |

## Assignment: 2

| | |
|---|---|
| **Reel/Frame:** 0434/0614    **Recorded:** 02/17/1983 | **Pages:** 1 |
| **Conveyance:** RE-RECORD OF INSTRUMENT RECORDED NOV. 18, 1981 REEL 403 FRAME 705, TO CORRECT THE NAME OF THE ASSIGNEE | |
| **Assignor:** HENRI STERN WATCH AGENCY, INC., THE | **Exec Dt:** 10/28/1981 **Entity Type:** CORPORATION **Citizenship:** NEW YORK |
| **Assignee:** PATEK PHILIPPE S A<br>GRAND QUAI 22<br>GENEVA, SWITZERLAND | **Entity Type:** CORPORATION **Citizenship:** SWITZERLAND |
| **Correspondent:** WOLDER, GROSS, ET AL.<br>41 EAST 42ND ST.<br>NEW YORK, NY 10017 | |

## Assignment: 3

| | |
|---|---|
| **Reel/Frame:** 0461/0987    **Recorded:** 03/19/1984 | **Pages:** 1 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | |
| **Assignor:** PATEK, PHILIPPE SA | **Exec Dt:** 03/01/1984 **Entity Type:** CORPORATION **Citizenship:** SWITZERLAND |
| **Assignee:** HENRI STERN WATCH AGENCY, INC.<br>10 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK | **Entity Type:** CORPORATION **Citizenship:** NEW YORK |
| **Correspondent:** WOLDER, GROSS, ET AL.<br>41 EAST 42ND ST.<br>NEW YORK, NY 10017 | |

Search Results as of: 11/15/2018 11:39 AM