# Composite Exhibit 4

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**     Reg. No. 1,222,529
                                                   Registered Jan. 4, 1983

## TRADEMARK
### Principal Register



HUBLOT

Nemi S.A. (Switzerland joint stock company)
via Clemente Maraini 14A
Lugano, Switzerland

For: WATCHES AND CLOCKS AND PARTS THEREFOR; CHRONOMETERS; CHRONOGRAPHS; COSTUME JEWELRY AND JEWELRY MADE WHOLLY OR IN PART OF PRECIOUS METALS, in CLASS 14 (U.S. Cls. 27 and 28).

Owner of Switzerland Reg. No. 308,674, dated Dec. 17, 1980, expires Dec. 17, 2000.

Ser. No. 330,071, filed Sep. 28, 1981.

ROBERT BEVERADA, Examining Attorney

USPTO Assignments on the Web


United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 2

| | |
|---|---|
| **Serial #:** 73330071 | **Filing Dt:** 09/28/1981 |
| **Reg #:** 1222529 | **Reg. Dt:** 01/04/1983 |
| **Registrant:** Nemi S.A. | |
| **Mark:** HUBLOT | |

### Assignment: 1

| | |
|---|---|
| **Reel/Frame:** 0593/0925 | **Recorded:** 02/26/1988 |
| **Pages:** 1 | |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | |
| **Assignor:** NEMI S.A. | **Exec Dt:** 09/18/1987 |
| | **Entity Type:** JOINT STOCK COMPANY |
| | **Citizenship:** SWITZERLAND |
| **Assignee:** MDM SA, GENEVE<br>PLACE CORNAVIN 12<br>GENEVE, SWITZERLAND | **Entity Type:** CORPORATION<br>**Citizenship:** SWITZERLAND |
| **Correspondent:** MCGLEW AND TUTTLE, P.C.<br>28 W. 44TH STREET<br>NEW YORK, NY 10036 | |

### Assignment: 2

| | |
|---|---|
| **Reel/Frame:** 3766/0505 | **Recorded:** 04/24/2008 |
| **Pages:** 3 | |
| **Conveyance:** CHANGE OF NAME | |
| **Assignor:** MDM SA, GENEVE | **Exec Dt:** 10/29/2004 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** SWITZERLAND |
| **Assignee:** HUBLOT SA, GENEVE<br>RUE DE LA FONTAINE 7<br>GENEVE, SWITZERLAND | **Entity Type:** CORPORATION<br>**Citizenship:** SWITZERLAND |
| **Correspondent:** GARY D. KRUGMAN<br>2100 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20037-3213 | |

Search Results as of: 11/15/2018 11:42 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,149,003
Registered Sep. 26, 2006

## TRADEMARK
PRINCIPAL REGISTER

# BIG BANG

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: TIMEPIECES AND CHRONOMETRIC INSTRUMENTS AND PARTS THEREOF NAMELY WATCH CASES, WATCH BANDS, WATCHES USED AS CHRONOGRAPHS, WATCHES USED AS CHRONOSCOPES, CHRONOMETERS, WATCHES, WRISTWATCHES, DRESS WATCHES, DIVING WATCHES, MOVEMENTS FOR CLOCKS AND WATCHES, MOVEMENTS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-1-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0868263 DATED 10-28-2005, EXPIRES 10-28-2015.

SER. NO. 79-017,669, FILED 10-28-2005.

PETER CHENG, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,715,561** HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
Registered Nov. 24, 2009 RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

**Int. Cl.: 14**

**TRADEMARK**
**PRINCIPAL REGISTER**

FOR: JEWELLERY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCHBANDS, WATCH CASES, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY DATE OF 10-28-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1006223 DATED 4-27-2009, EXPIRES 4-27-2019.

SER. NO. 79-070,270, FILED 4-27-2009.

MIDGE BUTLER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office