Composite Exhibit 5

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**  Reg. No. 1,435,463
                                               Registered Apr. 7, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## FORMULA 1

TAG-HEUER S.A. (SWITZERLAND CORPORATION)
VERESIUSSTRASE 18
BIENNE, SWITZERLAND

FOR: MECHANICAL AND ELECTRONIC CLOCKS AND WATCHES, AND THEIR CONSTITUTENT PARTS, IN CLASS 14 (U.S. CL. 27).

FIRST USE 6-1-1986; IN COMMERCE 6-1-1986.

SER. NO. 611,053, FILED 7-22-1986.

MARK TRAPHAGEN, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jul 7 04:12:27 EDT 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____    **Record 2 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | FORMULA 1 |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: MECHANICAL [ AND ELECTRONIC ][ CLOCKS AND ] WATCHES, AND THEIR CONSTITUENT PARTS. FIRST USE: 19860601. FIRST USE IN COMMERCE: 19860601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73611053 |
| **Filing Date** | July 22, 1986 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 13, 1987 |
| **Registration Number** | 1435463 |
| **Registration Date** | April 7, 1987 |
| **Owner** | (REGISTRANT) TAG-HEUER S.A. CORPORATION SWITZERLAND 14A, AVENUE DE CHAMPS-MONTANTS 2074 MARIN SWITZERLAND |
| | (LAST LISTED OWNER) LVMH SWISS MANUFACTURES SA CORPORATION SWITZERLAND RUE LOUIS-JOSEPH CHEVROLET 6A CH-2300 LA CHAUX-DE-FONDS SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jamie E. Platkin |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170331. |
| **Renewal** | 2ND RENEWAL 20170331 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | |
|---|---|---|
| **Serial #:** 73611053 | **Filing Dt:** 07/22/1986 | **Reg #:** 1435463 | **Reg. Dt:** 04/07/1987 |
| **Registrant:** TAG-HEUER S.A. | | | |
| **Mark:** FORMULA 1 | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1433/0232 | **Recorded:** 01/30/1996 | **Pages:** 105 |
| **Conveyance:** SECURITY INTEREST | | |
| **Assignor:** TAG HEUER S.A. | | **Exec Dt:** 12/20/1995 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** SWITZERLAND |

**Assignees:**
UNION BANK OF SWITZERLAND, AS AGENT
BAHNOFSTRASSE 45
ZURICH, SWITZERLAND 8021
- **Entity Type:** A SWISS BANK ORGANIZED UNDER SWISS LAW
- **Citizenship:** NONE

CITIBANK, N.A.
HAY'S LANE
6TH FLOOR, COTTONS CENTRE
LONDON SE1 2QT, ENGLAND
- **Entity Type:** BANKING CORPORATION
- **Citizenship:** UNITED STATES

FUJI BANK (LUXEMBOURG) S.A.
29 AVENUE DE LA PORTE-NEUVE 2227, LUXEMBOURG BP 894 2018
- **Entity Type:** A LIMITED COMPANY
- **Citizenship:** LUXEMBOURG

GOVERNOR AND COMPANY OF THE BANK OF SCOTLAND, THE
THE MOUND
EDINBURGH EH1 1YZ, SCOTLAND
- **Entity Type:** A CORPORATION SET UP UNDER AN ACT OF SCOTTISH PARLIAMENT
- **Citizenship:** NONE

**Correspondent:** PENNIE & EDMONDS
NANCY H. LUTZ
1667 K STREET, N.W.
WASHINGTON, DC 20006

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 1450/0291 | **Recorded:** 06/04/1996 | **Pages:** 376 |
| **Conveyance:** CORRECTION OF RECORDATION AT REEL 1433, FRAME 0232 | | |
| **Assignor:** TAG HEUER S.A. | | **Exec Dt:** 12/20/1995 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** SWITZERLAND |

**Assignees:**
UNION BANK OF SWITZERLAND, AS AGNET
BAHNOFSTRASSE 45
ZURICH, SWITZERLAND 8021
- **Entity Type:** A SWISS BANK ORGANIZED UNDER SWISS LAW
- **Citizenship:** NONE

CITIBANK, N.A.
HAY'S LANE
6TH FLOOR, COTTONS CENTRE
LONDON SE1 2QT, ENGLAND
- **Entity Type:** A U.S. BANKING CORPORATION
- **Citizenship:** NONE

FUJI BANK (LUXEMBOURG) S.A.
29 AVENUE DE LA PORTE-NEUVE 2227
LUXEMBOURG BP 894 2018, LUXEMBOURG
- **Entity Type:** A LIMITED COMPANY INCORPORATED UNDER THE LAWS OF LUXEMBOURG
- **Citizenship:** NONE

THE GOVERNOR AND COMPANY OF THE BANK OF SCOTLAND
THE MOUND
EDINBURGH EH1 1YZ, SCOTLAND
- **Entity Type:** A CORPORATION SET UP UNDER AN ACT OF SCOTTISH PARLIAMENT
- **Citizenship:** NONE

**Correspondent:** PENNIE & EDMONDS
NANCY H. LUTZ
1667 K STREET, N.W.

WASHINGTON, D.C. 20006

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 1746/0877 | **Recorded:** 05/27/1998 | **Pages:** 2 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** TAG-HEUER S.A. | | **Exec Dt:** 02/13/1996 |
| | | **Entity Type:** A SWISS CORPORATION |
| | | **Citizenship:** NONE |
| **Assignee:** TAG HEUER S.A. | | **Entity Type:** A SWISS CORPORATION |
| 14A, AVENUE DES CHAMPS-MONTANTS | | **Citizenship:** NONE |
| MARIN-EPAGNIER, SWITZERLAND 2074 | | |
| **Correspondent:** DECHERT PRICE & RHOADS | | |
| GLENN A. GUNDERSEN | | |
| 4000 BELL ATLANTIC TOWER | | |
| 1717 ARCH STREET | | |
| PHILADELPHIA, PA 19103 | | |

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 4421/0799 | **Recorded:** 11/29/2010 | **Pages:** 3 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** TAG HEUER SA | | **Exec Dt:** 11/18/2009 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** SWITZERLAND |
| **Assignee:** LVMH SWISS MANUFACTURES SA | | **Entity Type:** CORPORATION |
| RUE LOUIS-JOSEPH CHEVROLET 6A | | **Citizenship:** SWITZERLAND |
| CH-2300 LA CHAUX-DE-FONDS, SWITZERLAND | | |
| **Correspondent:** EITAN MEHULAL LAW GROUP | | |
| 18106 KITCHEN HOUSE COURT | | |
| C/O EDNA EISEMANN | | |
| GERMANTOWN, MD 20874 | | |

Search Results as of: 07/08/2020 01:19 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cls.: 9, 14 and 25

Prior U.S. Cls.: 26, 27 and 39

**United States Patent and Trademark Office**　Reg. No. 1,471,988
Registered Jan. 12, 1988

## TRADEMARK
### PRINCIPAL REGISTER



TAG-HEUER S.A. (SWITZERLAND CORPORATION)
VERESIUSSTRASSE 18
BIENNE, SWITZERLAND

FOR: TIME MEASURING INSTRUMENTS, NAMELY, ELECTRONIC STOP WATCHES, REMOTE CONTROL MINI-PRINTER TIMERS, ELECTRONIC AND MANUAL TIMERS, PHOTOCELL TIMERS, STARTING GATE TIMERS, TELEPHONE LIAISON TIMERS, IMPULSE DISTRIBUTOR TIMERS, ELECTRONIC PISTOL STARTING TIMERS, MANUAL CONTACTOR TIMERS, IN CLASS 9 (U.S. CLS. 26 AND 27).

FOR: CLOCKS, WATCHES AND PARTS THEREOF, IN CLASS 14 (U.S. CL. 27).

FOR: SPORTSWEAR, NAMELY, T-SHIRTS, POLO SHIRTS, SWEATERS, PARKAS, JOGGING SUITS, SHORTS, CAPS, HATS, SWEATSHIRTS, GLOVES, IN CLASS 25 (U.S. CL. 39).

OWNER OF SWITZERLAND REG. NO. 342898, DATED 8-26-1985, EXPIRES 8-26-2005.

OWNER OF U.S. REG. NOS. 829,762, 1,169,202 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDS "TAG" AND "HEUER", IN A SHIELD DESIGN.

SER. NO. 583,969, FILED 2-19-1986.

G. T. GLYNN, EXAMINING ATTORNEY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 5 05:21:43 EDT 2018

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | TAG HEUER |
| **Goods and Services** | IC 009. US 026 027. G & S: TIME MEASURING INSTRUMENTS, NAMELY, ELECTRONIC STOP WATCHES, REMOTE CONTROL MINI-PRINTER TIMERS, ELECTRONIC AND MANUAL TIMERS, PHOTOCELL TIMERS, STARTING GATE TIMERS, TELEPHONE LIAISON TIMERS, IMPULSE DISTRIBUTOR TIMERS, ELECTRONIC PISTOL STARTING TIMERS, MANUAL CONTACTOR TIMERS<br><br>IC 014. US 027. G & S: CLOCKS, WATCHES AND PARTS THEREOF<br><br>IC 025. US 022 039. G & S: SPORTSWEAR, NAMELY, [ T-SHIRTS, POLO SHIRTS, SWEATERS, ] PARKAS [, JOGGING SUITS, SHORTS, CAPS, HATS, SWEATSHIRTS, GLOVES ] |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon<br>24.15.10 - Arrows, more than one; More than one arrow<br>26.15.08 - Polygons comprised of letters, numerals or punctuation and letters, numerals or punctuation forming the perimeter of a polygon or bordering the perimeter of a polygon<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 73583969 |
| **Filing Date** | February 19, 1986 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | October 20, 1987 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1471988 |
| **Registration** | January 12, 1988 |

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) TAG-HEUER S.A. CORPORATION SWITZERLAND VERESIUSSTRASSE 18 BIENNE SWITZERLAND |
| | (LAST LISTED OWNER) LVMH SWISS MANUFACTURES SA CORPORATION SWITZERLAND RUE LOUIS-JOSEPH CHEVROLET 6A CH-2300 LA CHAUX-DE-FONDS SWITZERLAND |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | NANCY DICONZA |
| Priority Date | August 26, 1985 |
| Description of Mark | THE MARK CONSISTS OF THE STYLIZED WORDS "TAG" AND "HEUER", IN A SHIELD DESIGN. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180721. |
| Renewal | 2ND RENEWAL 20180721 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 4

| | | | |
|---|---|---|---|
| **Serial #:** 73583969 | **Filing Dt:** 02/19/1986 | **Reg #:** 1471988 | **Reg. Dt:** 01/12/1988 |
| **Registrant:** TAG-HEUER S.A. | | | |
| **Mark:** TAG HEUER | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1433/0232 | **Recorded:** 01/30/1996 | **Pages:** 105 |
| **Conveyance:** SECURITY INTEREST | | |
| **Assignor:** TAG HEUER S.A. | | **Exec Dt:** 12/20/1995 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** SWITZERLAND |
| **Assignees:** UNION BANK OF SWITZERLAND, AS AGENT | | **Entity Type:** A SWISS BANK ORGANIZED UNDER SWISS LAW |
| BAHNOFSTRASSE 45 | | **Citizenship:** NONE |
| ZURICH, SWITZERLAND 8021 | | |
| CITIBANK, N.A. | | **Entity Type:** BANKING CORPORATION |
| HAY'S LANE | | **Citizenship:** UNITED STATES |
| 6TH FLOOR, COTTONS CENTRE | | |
| LONDON SE1 2QT, ENGLAND | | |
| FUJI BANK (LUXEMBOURG) S.A. | | **Entity Type:** A LIMITED COMPANY |
| 29 AVENUE DE LA PORTE-NEUVE 2227, LUXEMBOURG BP 894 2018 | | **Citizenship:** LUXEMBOURG |
| GOVERNOR AND COMPANY OF THE BANK OF SCOTLAND, THE | | **Entity Type:** A CORPORATION SET UP UNDER AN ACT OF SCOTTISH PARLIAMENT |
| THE MOUND | | **Citizenship:** NONE |
| EDINBURGH EH1 1YZ, SCOTLAND | | |
| **Correspondent:** PENNIE & EDMONDS | | |
| NANCY H. LUTZ | | |
| 1667 K STREET, N.W. | | |
| WASHINGTON, DC 20006 | | |

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 1450/0291 | **Recorded:** 06/04/1996 | **Pages:** 376 |
| **Conveyance:** CORRECTION OF RECORDATION AT REEL 1433, FRAME 0232 | | |
| **Assignor:** TAG HEUER S.A. | | **Exec Dt:** 12/20/1995 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** SWITZERLAND |
| **Assignees:** UNION BANK OF SWITZERLAND, AS AGNET | | **Entity Type:** A SWISS BANK ORGANIZED UNDER SWISS LAW |
| BAHNOFSTRASSE 45 | | **Citizenship:** NONE |
| ZURICH, SWITZERLAND 8021 | | |
| CITIBANK, N.A. | | **Entity Type:** A U.S. BANKING CORPORATION |
| HAY'S LANE | | **Citizenship:** NONE |
| 6TH FLOOR, COTTONS CENTRE | | |
| LONDON SE1 2QT, ENGLAND | | |
| FUJI BANK (LUXEMBOURG) S.A. | | **Entity Type:** A LIMITED COMPANY INCORPORATED UNDER THE LAWS OF LUXEMBOURG |
| 29 AVENUE DE LA PORTE-NEUVE 2227 | | |
| LUXEMBOURG BP 894 2018, LUXEMBOURG | | **Citizenship:** NONE |
| THE GOVERNOR AND COMPANY OF THE BANK OF SCOTLAND | | **Entity Type:** A CORPORATION SET UP UNDER AN ACT OF SCOTTISH PARLIAMENT |
| THE MOUND | | **Citizenship:** NONE |
| EDINBURGH EH1 1YZ, SCOTLAND | | |
| **Correspondent:** PENNIE & EDMONDS | | |
| NANCY H. LUTZ | | |
| 1667 K STREET, N.W. | | |
| WASHINGTON, D.C. 20006 | | |

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,281,436

Registered Sep. 28, 1999

## TRADEMARK
### PRINCIPAL REGISTER

### TAG HEUER

TAG HEUER S.A. (SWITZERLAND CORPORATION)
14A, AVENUE DES CHAMPS-MONTANTS
2074 MARIN, SWITZERLAND

FOR: CLOCKS, WATCHES AND PARTS THEREOF; JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

OWNER OF U.S. REG. NOS. 1,471,988, 1,852,480 AND OTHERS.

SER. NO. 75-530,962, FILED 8-4-1998.

KIM SAITO, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Sep 5 05:21:43 EDT 2018

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# TAG HEUER

| | |
|---|---|
| Word Mark | TAG HEUER |
| Goods and Services | IC 014. US 002 027 028 050. G & S: Clocks, watches and parts thereof[; jewelry]. FIRST USE: 19860000. FIRST USE IN COMMERCE: 19860000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75530962 |
| Filing Date | August 4, 1998 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 6, 1999 |
| Registration Number | 2281436 |
| Registration Date | September 28, 1999 |
| Owner | (REGISTRANT) TAG HEUER S.A. CORPORATION SWITZERLAND Louis-Joseph Chevrolet 6a 23 La Chaux-de Fonds SWITZERLAND |
| | (LAST LISTED OWNER) LVMH SWISS MANUFACTURES SA CORPORATION SWITZERLAND RUE LOUIS-JOSEPH CHEVROLET 6A CH-2300 LA CHAUX-DE-FONDS SWITZERLAND |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | GLENN A GUNDERSEN |
| Prior Registrations | 1471988;1852136;1852480;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090928. |
| Renewal | 1ST RENEWAL 20090928 |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | |
|---|---|---|
| **Serial #:** 75530962 | **Filing Dt:** 08/04/1998 | **Reg #:** 2281436 | **Reg. Dt:** 09/28/1999 |
| **Registrant:** TAG HEUER S.A. | | |
| **Mark:** TAG HEUER | | |

**Assignment: 1**

**Reel/Frame:** 4421/0799         **Recorded:** 11/29/2010         **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** TAG HEUER SA                                **Exec Dt:** 11/18/2009
                                                          **Entity Type:** CORPORATION
                                                          **Citizenship:** SWITZERLAND

**Assignee:** LVMH SWISS MANUFACTURES SA                  **Entity Type:** CORPORATION
            RUE LOUIS-JOSEPH CHEVROLET 6A                 **Citizenship:** SWITZERLAND
            CH-2300 LA CHAUX-DE-FONDS, SWITZERLAND

**Correspondent:** EITAN MEHULAL LAW GROUP
                   18106 KITCHEN HOUSE COURT
                   C/O EDNA EISEMANN
                   GERMANTOWN, MD 20874

Search Results as of: 09/05/2018 11:39 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cls.: **9 and 14**

Prior U.S. Cls.: **2, 21, 23, 26, 27, 28, 36, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,569,070
Registered Feb. 3, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# HEUER

TAG HEUER SA (SWITZERLAND CORPORATION)
RUE LOUIS-JOSEPH CHEVROLET 6A
2300 LA CHAUX-DE-FONDS, SWITZERLAND

FOR: OPTICAL GOODS, NAMELY, SPECTACLES, SUNGLASSES, SPECTACLE FRAMES, SPECTACLES CASES; TIME MEASURING APPARATUS AND INSTRUMENTS, NAMELY, ELECTRONIC STOP WATCHES, REMOTE CONTROL MINIPRINTER TIMERS, ELECTRONIC AND MANUAL TIMERS, PHOTOCELL TIMERS, STARTING GATE TIMERS, TELEPHONE LIAISON TIMERS, IMPULSE DISTRIBUTOR TIMERS, ELECTRONIC PISTOL STARTING TIMERS, MANUAL CONTACTOR TIMERS, CALCULATORS INCORPORATING WATCH FUNCTIONS, ELECTRIC TIME CONTROL SWITCHES AND THEIR PARTS; TELEPHONES, MOBILE PHONES, CAMERAS, DIGITAL AUDIO PLAYERS AND HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES FOR THE SENDING AND RECEIVING OF TELEPHONE CALLS, FOR USE AS A DIGITAL AUDIO PLAYER, AND FOR USE AS A CAMERA; ACCESSORIES FOR TELEPHONES, MOBILE PHONES AND HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES, NAMELY, CASES, BATTERIES, CHARGERS, LOUDSPEAKERS, MICROPHONES, STANDS, RESTS AND FRAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WATCHBANDS, CHRONOMETERS, CHRONOGRAPHS FOR USE AS WATCHES, AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 63554/2007, FILED 11-29-2007, REG. NO. 569977, DATED 11-29-2007, EXPIRES 11-29-2017.

OWNER OF U.S. REG. NOS. 1,471,988, 2,407,950 AND OTHERS.

SEC. 2(F).

SER. NO. 77-346,150, FILED 12-6-2007.

HEATHER THOMPSON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# TAG

**Reg. No. 4,868,760**  
**Registered Dec. 15, 2015**  
**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

LVMH SWISS MANUFACTURES SA (SWITZERLAND SOCIÉTÉ ANONYME)  
RUE LOUIS-JOSEPH-CHEVROLET 6A  
CH-2300 LA CHAUX-DE-FONDS, SWITZERLAND

FOR: TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-16-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1224590 DATED 9-19-2014, EXPIRES 9-19-2024.

SER. NO. 79-155,692, FILED 9-19-2014.

DOMINICK J. SALEMI, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# TAG HEUER

**Reg. No. 5,202,283**

**Registered May 16, 2017**

**Int. Cl.: 3, 9, 14, 16, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

LVMH Swiss Manufactures SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
Rue Louis-Joseph Chevrolet 6a
CH-2300 La Chaux-de-Fonds
SWITZERLAND

CLASS 3: soaps; perfumes; cosmetics, creams, and lotions for the body and hair; shampoos; makeup and makeup removers; lipstick; beauty masks; shaving preparations; after-shave lotions and balms; non-medicated toiletries; deodorants for personal use; leather polishes; preservative creams for leather

CLASS 9: apparatus for recording, transmission, reproduction, or processing of sound or images; electronic timers and timing sensors; calculating machines; equipment for data processing; timing dials and timing sensors; electronic timers; chronographs for use as specialized time recording apparatus; game software; computer operating software for smartwatches and mobile electronic devices; computer software for sending and receiving electronic mail, text messages, data, photographs, and videos; computer software for accessing, browsing, and searching online databases; computer software for sensing, monitoring, recording, displaying, measuring, and transmitting global positioning, direction, distance, altitude, speed, navigational information, weather information, temperature, physical activity level, heart rate, pulse rate, blood pressure, calories burned, steps taken, and biometric data; computer software for tracking and managing information regarding health, fitness, and wellness programs; computer peripherals; telephones; tablet computers; MP3 players; smartwatches; wearable computers; smartphones featuring a watch; accessories for computers, telephones, tablet computers, MP3 players, and smartwatches, namely, displays, monitors, protective covers, carrying cases, stands, batteries, battery chargers, headphones, speakers, headsets, microphones, car audio adapters, remote controls, connection cables, power adapters, docking stations, and adapter plugs; spectacles; sunglasses; optical lenses and glasses; spectacle cases; memory cards and integrated circuit cards; downloadable electronic publications in the nature of books, newsletters, catalogs, and brochures in the fields of watches, chronometric instruments, jewelry, apparel, luggage, leather accessories, personal care products, luxury goods, sports, and fashion; electronic sensors, monitors, and displays used to provide and display official time at sporting, cultural, wellness, entertainment, and educational events; electronic connected bracelets and connected cuffs for tracking the movement of people that also have a function of transmitting, and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks

CLASS 14: jewelry; precious stones; horological instruments, namely, watches, wristwatches, and constitutive parts therefor; alarm clocks, clocks and other chronometric instruments, chronometers, chronographs as watches, chronometric apparatus for sports timing, chronometric apparatus for measuring and marking the time; watch bands, watch chains, watch springs, watch dials or watch glasses, watch winders, watch cases being parts of watches, cases and boxes adapted for holding watches; precious metals and their alloys; jewelry cases; boxes of precious metal; key rings, trinkets or fobs of precious metals; cuff links; bracelets; rings; medals; watches that also have a function of transmitting and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks; watches containing an electronic game function, watches incorporating a telecommunication function; leather boxes adapted for holding watches

CLASS 16: passport holders and cases

CLASS 18: goods of leather and imitation leather, namely, leather or leatherboard boxes, leather or imitation leather envelopes, travel chests, bags, garment bags for travel, trunks, suitcases, luggage, carrying boxes intended for toiletry articles sold empty, rucksacks, handbags, beach bags, reusable shopping bags, shoulder bags, carrying cases, attaché cases, briefcases, school satchels, under-arm bags, wallets, purses, money pouches, key cases, credit card holders; umbrellas, parasols, sun umbrellas, walking sticks

CLASS 25: clothing, namely, underwear, sweaters, shirts, bodices, corsets, suits, vests, raincoats, skirts, coats, trousers, jumpers, dresses, jackets, shawls, sashes for wear, scarves, neckties, pocket squares, suspenders, gloves, belts, stockings, tights, socks, singlets, bathing suits and bathrobes; footwear; headwear

CLASS 35: retail store services and online retail store services featuring cosmetics, hair care and skin care preparations, perfumes, shaving preparations, toiletries, smartwatches, computers, tablet computers, computer hardware, computer software, computer peripherals, telephones, mobile electronic devices, health, fitness and exercise sensors, monitors and displays, computer gaming machines and electronic games, and accessories for computers, telephones, and mobile electronic devices, sunglasses, spectacles, optical lenses and glasses, spectacle cases, jewelry and precious stones, watches, clocks, chronometric instruments, accessories for watches and chronometric instruments, leather goods, leatherware, bags, briefcases, luggage, wallets, purses, umbrellas, clothing, footwear, and headgear; public relations; advertising services for luxury products, namely, cosmetics, perfumes, optical goods, telephones, wearable electronic devices, jewelry, horological products, watches, connected watches, smartwatches, luggage, leatherware, bags, clothing, clothing accessories; business management and organization consultancy in the field of luxury goods

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-24-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1304885 DATED 03-21-2016, EXPIRES 03-21-2026

SER. NO. 79-189,947, FILED 03-21-2016
KRISTIN ELIZA CARLSON, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,314,173**

**Registered Oct. 24, 2017**

**Int. Cl.: 3, 9, 10, 14, 28, 35, 37, 38, 41, 44**

**Service Mark**

**Trademark**

**Principal Register**



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

LVMH Swiss Manufactures SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
Rue Louis-joseph Chevrolet 6a
Ch-2300 La Chaux-de-fonds
SWITZERLAND

CLASS 3: soaps; perfumes; cosmetics, creams, and lotions for the body and hair; shampoos; makeup and makeup removers; lipstick; beauty masks; shaving preparations; after-shave lotions and balms; non-medicated toiletries; deodorants for personal use; leather polishes; preservative creams for leather

CLASS 9: apparatus for recording, transmission, reproduction, or processing of sound or images; electronic timers and timing sensors; calculating machines; equipment for data processing; timing dials and timing sensors; electronic timers; chronographs for use as specialized time recording apparatus; game software; computer operating software for smartwatches and mobile electronic devices; computer software for sending and receiving electronic mail, text messages, data, photographs, and videos; computer software for accessing, browsing, and searching online databases; computer software for sensing, monitoring, recording, displaying, measuring, and transmitting global positioning, direction, distance, altitude, speed, navigational information, weather information, temperature, physical activity level, heart rate, pulse rate, blood pressure, calories burned, steps taken, and biometric data; computer software for tracking and managing information regarding health, fitness, and wellness programs; computer peripherals; telephones; tablet computers; MP3 players; smartwatches; wearable computers; smartphones featuring a watch; accessories for computers, telephones, tablet computers, MP3 players, and smartwatches, namely, displays, monitors, protective covers, carrying cases, stands, batteries, battery chargers, headphones, speakers, headsets, microphones, car audio adapters, remote controls, connection cables, power adapters, docking stations, and adapter plugs; spectacles; sunglasses; optical lenses and glasses; spectacle cases; memory cards and integrated circuit cards; downloadable electronic publications in the nature of books, newsletters, catalogs, and brochures in the fields of watches, chronometric instruments, jewelry, apparel, luggage, leather accessories, personal care products, luxury goods, sports, and fashion; electronic sensors, monitors, and displays used to provide and display official time at sporting, cultural, wellness, entertainment, and educational events; electronic connected bracelets and connected cuffs for tracking the movement of people that also have a function of transmitting, and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks

CLASS 10: health monitoring devices consisting of health, fitness and exercise sensors, heart

rate monitors and sensors, pulse rate monitors and sensors, blood pressure monitors and sensors, respiratory monitors and sensors, thermometers, pedometers and monitors and displays for medical use to be worn during exercise and sporting activities

CLASS 14: jewelry; precious stones; horological instruments, namely, watches, wristwatches, and constitutive parts therefor; alarm clocks, clocks and other chronometric instruments, chronometers, chronographs as watches, chronometric apparatus for sports timing, chronometric apparatus for measuring and marking the time; watch bands, watch chains, watch springs, watch dials or watch glasses, watch winders, watch cases being parts of watches, cases and boxes adapted for holding watches; precious metals and their alloys; jewelry cases; boxes of precious metal; key rings trinkets or fobs of precious metals; cuff links; bracelets; rings; medals; watches that also have a function of transmitting and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks; watches containing an electronic game function, watches incorporating a telecommunication function; leather boxes adapted for holding watches

CLASS 28: computer gaming machines; electronic games other than those adapted for use with television receivers only

CLASS 35: retail store services and online retail store services featuring cosmetics, hair care and skin care preparations, perfumes, shaving preparations, toiletries, smartwatches, computers, tablet computers, computer hardware, computer software, computer peripherals, telephones, mobile electronic devices, health, fitness and exercise sensors, monitors and displays, computer gaming machines and electronic games, and accessories for computers, telephones, and mobile electronic devices, sunglasses, spectacles, optical lenses and glasses, spectacle cases, jewelry and precious stones, watches, clocks, chronometric instruments, accessories for watches and chronometric instruments, leather goods, leatherware, bags, briefcases, luggage, wallets, purses, umbrellas, clothing, footwear, and headgear; public relations; advertising services for luxury products, namely, cosmetics, perfumes, optical goods, telephones, wearable electronic devices, jewelry, horological products, watches, connected watches, smartwatches, luggage, leatherware, bags, clothing, clothing accessories; business management and organization consultancy in the field of luxury goods

CLASS 37: repair, overhaul repair, maintenance and polishing of portable/wearable electronic and/or telecommunication devices; repair, overhaul repair, maintenance and polishing of timepieces

CLASS 38: telecommunications services, namely, personal communication services, ISDN services, telecommunications access services, data transmission and reception services via telecommunication means, and telecommunications gateway services; telecommunication information; communications by computer terminals or by fiber-optic networks; electronic bulletin board services

CLASS 41: providing information about sporting and cultural activities, fitness, exercise, sports, entertainment, education and training exercise; timing of sports events

CLASS 44: health assessment services; providing medical information in the fields of health, fitness, and exercise

The mark consists of the wording "TAG HEUER" within a shield design.

PRIORITY DATE OF 09-24-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1303493 DATED 03-21-2016, EXPIRES 03-21-2026

SER. NO. 79-189,348, FILED 03-21-2016

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.