Composite Exhibit 6

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,294,171
Registered Sep. 11, 1984

## TRADEMARK
Principal Register

## MOVADO

Movado Watch Corporation (Delaware corporation)
650 5th Ave.
New York, N.Y. 10019

For: WATCHES AND PARTS THEREFOR, in CLASS 14 (U.S. Cl. 27).
First use Mar. 1927; in commerce Mar. 1927.
Owner of U.S. Reg. Nos. 185,230 and 832,506.

Ser. No. 430,362, filed Jun. 15, 1983.

ROBERT PEVERADA, Examining Attorney




# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments:** 7
**Serial #:** 73430362 **Filing Dt:** 06/15/1983 **Reg #:** 1294171 **Reg. Dt:** 09/11/1984
**Registrant:** Movado Watch Corporation
**Mark:** MOVADO

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0787/0795 | **Recorded:** 05/17/1991 | **Pages:** 5 |
| **Conveyance:** MERGER 19910131NY | | |
| **Assignor:** MOVADO WATCH CORPORATION | | **Exec Dt:** 01/28/1991 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** NORTH AMERICAN WATCH CORPORATION | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEW YORK |

**Correspondent:** C. JOSEPH LAUGHON, II
FISH & NEAVE
875 THIRD AVENUE
NEW YORK, NY 10022

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 1484/0814 | **Recorded:** 07/10/1996 | **Pages:** 8 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** NORTH AMERICAN WATCH CORPORATION | | **Exec Dt:** 04/26/1996 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEW YORK |
| **Assignee:** MOVADO GROUP, INC. | | **Entity Type:** CORPORATION |
| 125 CHUBB AVENUE | | **Citizenship:** NEW YORK |
| LYNDHURST, NEW YORK 07071 | | |

**Correspondent:** FISH & NEAVE
CYNTHIA E. JOHNSON
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 1817/0830 | **Recorded:** 11/13/1998 | **Pages:** 9 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** MOVADO, GROUP, INC. | | **Exec Dt:** 10/27/1998 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEW YORK |
| **Assignee:** MOVADO CORPORATION | | **Entity Type:** CORPORATION |
| SUITE 25 | | **Citizenship:** DELAWARE |
| 501 SILVERSIDE ROAD | | |
| WILMINGTON, DELAWARE 19809 | | |

**Correspondent:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.
MARK D. ENGELMANN
633 THIRD AVE.
NEW YORK, NY 10017

### Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 2329/0162 | **Recorded:** 07/05/2001 | **Pages:** 18 |
| **Conveyance:** CONVERSION FROM A CORPORATION TO A LIMITED LIABILITY COMPANY | | |
| **Assignor:** MOVADO CORPORATION | | **Exec Dt:** 02/01/2001 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** MOVADO LLC | | **Entity Type:** DELAWARE LIMITED LIABILITY COMPANY |
| 501 SILVERSIDE RD. | | **Citizenship:** NONE |
| WILMINGTON, DELAWARE 19809 | | |

| | |
|---|---|
| **Correspondent:** | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| | PATRICK BOISSON |
| | 866 UNITED NATIONS PLAZA |
| | NEW YORK, NY 10017 |

### Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 4004/0505 | **Recorded:** 06/10/2009 | **Pages:** 12 |
| **Conveyance:** | SECURITY AGREEMENT | | |
| **Assignor:** | MOVADO LLC | | **Exec Dt:** 06/05/2009 |
| | | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | | **Citizenship:** DELAWARE |
| **Assignee:** | BANK OF AMERIA, N.A., AS AGENT | | **Entity Type:** ASSOCIATION |
| | 335 MADISON AVENUE | | **Citizenship:** UNITED STATES |
| | NEW YORK, NEW YORK USA 10017 | | |
| **Correspondent:** | UCC DIRECT SERVICES | | |
| | ATTN: SUSAN O'BRIEN | | |
| | 187 WOLF ROAD, SUITE 101 | | |
| | ALBANY, NY 12205 | | |

### Assignment: 6

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 5457/0676 | **Recorded:** 02/10/2015 | **Pages:** 11 |
| **Conveyance:** | RELEASE OF SECURITY INTEREST | | |
| **Assignor:** | BANK OF AMERICA, N.A., AS AGENT | | **Exec Dt:** 01/30/2015 |
| | | | **Entity Type:** NATIONAL ASSOCIATION: UNITED STATES |
| | | | **Citizenship:** NONE |
| **Assignee:** | MOVADO LLC | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | 650 FROM ROAD, SUITE 375 | | **Citizenship:** DELAWARE |
| | PARAMUS, NEW JERSEY 07652-3556 | | |
| **Correspondent:** | VIRGINIA F. MANN | | |
| | 1285 AVENUE OF THE AMERICAS | | |
| | NEW YORK, NY 10019 | | |

### Assignment: 7

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 5458/0003 | **Recorded:** 02/11/2015 | **Pages:** 11 |
| **Conveyance:** | SECURITY INTEREST | | |
| **Assignor:** | MOVADO, LLC | | **Exec Dt:** 01/30/2015 |
| | | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | | **Citizenship:** DELAWARE |
| **Assignee:** | BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT | | **Entity Type:** NATIONAL ASSOCIATION |
| | 901 MAIN STREET, MAILCODE TX1-492-14-06 | | **Citizenship:** UNITED STATES |
| | DALLAS, TEXAS 75202 | | |
| **Correspondent:** | VIRGINIA F. MANN | | |
| | 1285 AVENUE OF THE AMERICAS | | |
| | NEW YORK, NY 10019-6064 | | |

Search Results as of: 07/08/2020 01:26 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**   Reg. No. 1,381,257
   Registered Feb. 4, 1986

## TRADEMARK
## PRINCIPAL REGISTER



MOVADO WATCH CORPORATION (DELAWARE CORPORATION)
650 FIFTH AVE.
NEW YORK, NY 10019

  FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
  FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.
  THE DRAWING IS LINED TO SHOW THE COLOR GOLD, BUT NO CLAIM TO COLOR IS MADE.

  THE MARK CONSISTS OF A CIRCLE DESIGN APPLIED TO THE FACE OF A WATCH (SHOWN AS A PHANTOM LINE) AT THE CONVENTIONAL 12 O'CLOCK POSITION.
  SEC. 2(F) AS TO THE POSITIONING OF THE SMALLER CIRCLE DESIGN.

  SER. NO. 428,080, FILED 5-31-1983.

ROBERT PEVERADA, EXAMINING ATTORNEY




### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments:** 7
**Serial #:** 73428080  **Filing Dt:** 05/31/1983  **Reg #:** 1381257  **Reg. Dt:** 02/04/1986
**Registrant:** Movado Watch Corporation
**Mark:**

### Assignment: 1
| | |
|---|---|
| **Reel/Frame:** 0787/0795 | **Recorded:** 05/17/1991  **Pages:** 5 |
| **Conveyance:** MERGER 19910131NY | |
| **Assignor:** MOVADO WATCH CORPORATION | **Exec Dt:** 01/28/1991<br>**Entity Type:** CORPORATION<br>**Citizenship:** DELAWARE |
| **Assignee:** NORTH AMERICAN WATCH CORPORATION | **Entity Type:** CORPORATION<br>**Citizenship:** NEW YORK |
| **Correspondent:** C. JOSEPH LAUGHON, II<br>FISH & NEAVE<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | |

### Assignment: 2
| | |
|---|---|
| **Reel/Frame:** 1484/0814 | **Recorded:** 07/10/1996  **Pages:** 8 |
| **Conveyance:** CHANGE OF NAME | |
| **Assignor:** NORTH AMERICAN WATCH CORPORATION | **Exec Dt:** 04/26/1996<br>**Entity Type:** CORPORATION<br>**Citizenship:** NEW YORK |
| **Assignee:** MOVADO GROUP, INC.<br>125 CHUBB AVENUE<br>LYNDHURST, NEW YORK 07071 | **Entity Type:** CORPORATION<br>**Citizenship:** NEW YORK |
| **Correspondent:** FISH & NEAVE<br>CYNTHIA E. JOHNSON<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | |

### Assignment: 3
| | |
|---|---|
| **Reel/Frame:** 1817/0830 | **Recorded:** 11/13/1998  **Pages:** 9 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | |
| **Assignor:** MOVADO, GROUP, INC. | **Exec Dt:** 10/27/1998<br>**Entity Type:** CORPORATION<br>**Citizenship:** NEW YORK |
| **Assignee:** MOVADO CORPORATION<br>SUITE 25<br>501 SILVERSIDE ROAD<br>WILMINGTON, DELAWARE 19809 | **Entity Type:** CORPORATION<br>**Citizenship:** DELAWARE |
| **Correspondent:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br>MARK D. ENGELMANN<br>633 THIRD AVE. | |

NEW YORK, NY 10017

## Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 2329/0162 | **Recorded:** 07/05/2001 | **Pages:** 18 |
| **Conveyance:** | CONVERSION FROM A CORPORATION TO A LIMITED LIABILITY COMPANY | | |
| **Assignor:** | MOVADO CORPORATION | **Exec Dt:** | 02/01/2001 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | MOVADO LLC<br>501 SILVERSIDE RD.<br>WILMINGTON, DELAWARE 19809 | **Entity Type:** | DELAWARE LIMITED LIABILITY COMPANY |
| | | **Citizenship:** | NONE |
| **Correspondent:** | FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br>PATRICK BOISSON<br>866 UNITED NATIONS PLAZA<br>NEW YORK, NY 10017 | | |

## Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 4004/0505 | **Recorded:** 06/10/2009 | **Pages:** 12 |
| **Conveyance:** | SECURITY AGREEMENT | | |
| **Assignor:** | MOVADO LLC | **Exec Dt:** | 06/05/2009 |
| | | **Entity Type:** | LIMITED LIABILITY COMPANY |
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | BANK OF AMERIA, N.A., AS AGENT<br>335 MADISON AVENUE<br>NEW YORK, NEW YORK USA 10017 | **Entity Type:** | ASSOCIATION |
| | | **Citizenship:** | UNITED STATES |
| **Correspondent:** | UCC DIRECT SERVICES<br>ATTN: SUSAN O'BRIEN<br>187 WOLF ROAD, SUITE 101<br>ALBANY, NY 12205 | | |

## Assignment: 6

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 5457/0676 | **Recorded:** 02/10/2015 | **Pages:** 11 |
| **Conveyance:** | RELEASE OF SECURITY INTEREST | | |
| **Assignor:** | BANK OF AMERICA, N.A., AS AGENT | **Exec Dt:** | 01/30/2015 |
| | | **Entity Type:** | NATIONAL ASSOCIATION: UNITED STATES |
| | | **Citizenship:** | NONE |
| **Assignee:** | MOVADO LLC<br>650 FROM ROAD, SUITE 375<br>PARAMUS, NEW JERSEY 07652-3556 | **Entity Type:** | LIMITED LIABILITY COMPANY |
| | | **Citizenship:** | DELAWARE |
| **Correspondent:** | VIRGINIA F. MANN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | | |

## Assignment: 7

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 5458/0003 | **Recorded:** 02/11/2015 | **Pages:** 11 |
| **Conveyance:** | SECURITY INTEREST | | |
| **Assignor:** | MOVADO, LLC | **Exec Dt:** | 01/30/2015 |
| | | **Entity Type:** | LIMITED LIABILITY COMPANY |
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT<br>901 MAIN STREET, MAILCODE TX1-492-14-06 | **Entity Type:** | NATIONAL ASSOCIATION |
| | | **Citizenship:** | UNITED STATES |

USPTO Assignments on the Web

        DALLAS, TEXAS 75202

**Correspondent:** VIRGINIA F. MANN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

Search Results as of: 11/15/2018 12:07 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**



# MOVADO

**Reg. No. 3,785,542**  
**Registered May 4, 2010**  
**Int. Cl.: 14**

**TRADEMARK**  
**PRINCIPAL REGISTER**

MOVADO LLC (DELAWARE LIMITED LIABILITY COMPANY)  
SILVERSIDE CARR EXECUTIVE CENTER  
501 SILVERSIDE ROAD  
WILMINGTON, DE 19809

FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-0-1927; IN COMMERCE 3-0-1927.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,294,171 AND 3,120,578.

SN 77-528,532, FILED 7-22-2008.

ELLEN BURNS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office