Composite Exhibit 7

original

Renewed to
Societe Anonyme Louis Brandt & Frere Omega Watch Co.
Renewed July 24-1944 to Societe Anonyme Louis Brandt
& Frere Omega Watch Co., an organized company of
Switzerland.

# UNITED STATES PATENT OFFICE.

LOUIS BRANDT & FRÈRE, OF BIENNE, SWITZERLAND.

## TRADE-MARK FOR WATCH-MOVEMENTS AND WATCHCASES.

**STATEMENT** and **DECLARATION** of Trade-Mark No. 25,036, registered July 24, 1894.

Application filed May 23, 1894.

### STATEMENT.

*To all whom it may concern:*

Be it known that we, LOUIS BRANDT & FRÈRE, a firm domiciled and doing business in Bienne, Switzerland, have adopted for our use a Trade-Mark for Watch-Movements and Watchcases, of which the following is a full, clear, and exact specification.

Our trade-mark consists of the arbitrary sign of the last letter of the Greek alphabet. This has generally been arranged as shown in the accompanying fac-simile, in which it ap-

This trade-mark has been continuously used by us in our business since March 10, 1894.

The class of merchandise to which this trade-mark is appropriated is horology, and the particular description of goods comprised in such class on which it is used by us is watch-movements and watch-cases. It is usually affixed to the goods by stamping or by printing it upon suitable labels which are afterward placed upon the packages containing the articles.

pears above the word "Omega." But it may be
differently arranged and the word "Omega"
may be omitted without materially altering
15 the character of our trade-mark, the essential
feature of which is the Greek letter "Ω."

Signed this 2d day of May, 1894.

LOUIS BRANDT & FRÈRE.

Witnesses:
EDOUARD HAAS,
ALF. H. BESSIR.

## DECLARATION.

United States consulate Berne Switzerland ss.

LOUIS PAUL BRANDT being duly sworn de-
poses and says that he is a member of the firm
of LOUIS BRANDT AND FRÈRE, the applicants
5 named in the foregoing statement; that he
verily believes that the foregoing statement is
true; that the said firm has at this time a right
to the use of the trade-mark therein described;
that no other person, firm or corporation has
10 the right to such use, either in the identical
form or in any such near resemblance thereto
as might be calculated to deceive; that it is
used by the applicants in commerce between
the United States and foreign nations and par-
ticularly with Switzerland; and that the de-
scription and fac-simile presented for record 15
truly represent the trade-mark sought to be
registered.

LOUIS PAUL BRANDT.

Sworn to and subscribed before me this 14th
day of June, 1894.

[L. S.]

JOHN E. HINNEN,
U. S. Vice-Consul.

Republished, under the Act of 1946, Jan. 17, 1950, by
Omega Louis Brandt & Frere, S. A., Bienne, Switzerland.

New Certificate issued November 18, 1952, under Sec. 7c for
unexpired term to Omega Louis Brandt & Frere S. A., of Bienne,
Switzerland, a corporation of Switzerland, by change of name
from Societe Anonyme Louis Brandt & Frere Omega Watch Co.





# United States Patent and Trademark Office

**Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help**



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 70025036 | **Filing Dt:** 05/23/1894 | **Reg #:** 25036 | **Reg. Dt:** 07/24/1894 |

**Registrant:** LOUIS BRANDT & FRERE

**Mark:** OMEGA

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0440/0955 | **Recorded:** 05/20/1983 | **Pages:** 0 |

**Conveyance:** CHANGE OF NAME 19820324

**Assignors:** TIPP-EX FABRIKATION WOLFGANG DABISCH CHANGED TO

  **Exec Dt:** 03/24/1982
  **Entity Type:** UNKNOWN
  **Citizenship:** NONE

TIPP-EX TECHNIK WOLFGANG DABISCH CHANGED TO

  **Exec Dt:** 00/00/0000
  **Entity Type:** UNKNOWN
  **Citizenship:** NONE

**Assignee:** WOLFGANG DABISCH

  **Entity Type:** UNKNOWN
  **Citizenship:** NONE

**Correspondent:** HENRY L. SHENIER
380 LEXINGTON AVE.
NEW YORK, NY 10168

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0444/0955 | **Recorded:** 05/05/1983 | **Pages:** 3 |

**Conveyance:** CHANGE OF NAME 19820624

**Assignor:** OMEGA LOUIS BRANDT & FRERE S.A.

  **Exec Dt:** 03/16/1983
  **Entity Type:** UNKNOWN
  **Citizenship:** NONE

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)

  **Entity Type:** UNKNOWN
  **Citizenship:** NONE

**Correspondent:** HENRY L. SHENIER
SHENIER & O'CONNOR
380 LEXINGTON AVE.
NEW YORK, NY 10168
SHENIER AND O'CONNOR

Search Results as of: 07/08/2020 01:31 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 556,602

**United States Patent and Trademark Office**

Registered Mar. 25, 1952

10 Year Renewal

Renewal Term Begins Mar. 25, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## SEAMASTER

OMEGA SA (SWITZERLAND CORPO-
RATION)
96 RUE STAEMPFLI
2503 BIENNE, SWITZERLAND, BY
CHANGE OF NAME FROM OMEGA
LOUIS BRANDT & FRERE, S. A.
(SWITZERLAND CORPORATION)
BIENNE, SWITZERLAND

FOR: WATCHES, WATCH PARTS
AND WATCH MOVEMENTS, IN CLASS
27 (INT. CL. 14).

FIRST USE 3-25-1949; IN COMMERCE
3-25-1949.

SER. NO. 71-596,436, FILED 4-27-1950.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 21, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Mar. 25, 1952

**Registration No. 556,602**

**PRINCIPAL REGISTER**
**Trade-Mark**

# UNITED STATES PATENT OFFICE

**Omega Louis Brandt & Frere, S. A.,**
**Biel, Switzerland**

Act of 1946

Application April 27, 1950, Serial No. 596,436

## SEAMASTER

### STATEMENT

Omega Louis Brandt & Frere, S. A., a corporation duly organized under the laws of the Republic of Switzerland, located and doing business at Bienne, Switzerland, has adopted and is using the trade-mark shown in the accompanying drawing, for WATCHES, WATCH PARTS AND WATCH MOVEMENTS, in Class 27, Horological instruments, and presents herewith five specimens (or facsimiles) showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to labels attached to packages containing the goods, or to circulars enclosed with packages containing the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on March 25, 1949, and was first used in commerce between Switzerland and the United States which may lawfully be regulated by Congress on March 25, 1949, and was first used in Switzerland in May 1949.

Mock & Blum, whose postal address is 10 East 40th Street, New York 16, N. Y., is designated as applicant's representative on whom notice or process in proceeding affecting the mark may be served.

OMEGA LOUIS BRANDT & FRERE, S. A.,
By ADOLPHE VALLAT,
*Managing Director.*

COMB. AFF. SEC. 8 & 15

APR 16 1957



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 1

**Serial #:** 71596436    **Filing Dt:** 04/27/1950    **Reg #:** 556602    **Reg. Dt:** 03/25/1952

**Registrant:** OMEGA LOUIS BRANDT & FRERE, S. A.

**Mark:** SEAMASTER

**Assignment:** 1

**Reel/Frame:** 0444/0955    **Recorded:** 05/05/1983    **Pages:** 3

**Conveyance:** CHANGE OF NAME 19820624

**Assignor:** OMEGA LOUIS BRANDT & FRERE S.A.    **Exec Dt:** 03/16/1983
   **Entity Type:** UNKNOWN
   **Citizenship:** NONE

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)    **Entity Type:** UNKNOWN
   **Citizenship:** NONE

**Correspondent:** HENRY L. SHENIER
SHENIER & O'CONNOR
380 LEXINGTON AVE.
NEW YORK, NY 10168
SHENIER AND O'CONNOR

Search Results as of: 11/15/2018 12:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Registered Nov. 4, 1952

## Registration No. 566,370

### PRINCIPAL REGISTER
### Trade-Mark

# UNITED  STATES  PATENT  OFFICE

**Omega Louis Brandt & Frère, S. A.,**
**Bienne, Switzerland**

Act of 1946

Application December 8, 1951, Serial No. 622,275

# OMEGA

### STATEMENT

Omega Louis Brandt & Frère, S. A., a Swiss corporation, located and doing business at Bienne, Switzerland, has adopted and is using the trademark shown in the accompanying drawing, for WATCHES AND PARTS THEREOF, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trademark being applied by stamping, printing or engraving the same on the goods and by printing the same on the containers and/or tags attached to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used in 1894 and was first used in commerce which may lawfully be regulated by the Congress, viz. commerce between the United States and Switzerland in the same year.

Applicant owns the following U. S. registration: No. 25,036.

The applicant hereby designates Chauncey P. Carter, of 4400 Klingle Street, Washington 16, D. C., as applicant's representative in the United States on whom notices or process in proceedings affecting the mark may be served.

OMEGA LOUIS BRANDT & FRÈRE, S. A.,
By A. VALLAT,
*Commercial Manager.*

COMB. AFF. SEC. 8 & 15

DEC 2 3 1957



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 1

| | | | |
|---|---|---|---|
| **Serial #:** 71622275 | **Filing Dt:** 12/08/1951 | **Reg #:** 566370 | **Reg. Dt:** 11/04/1952 |

**Registrant:** OMEGA LOUIS BRANDT & FRERE, S.A.

**Mark:** OMEGA

**Assignment:** 1

**Reel/Frame:** 0582/0575   **Recorded:** 11/13/1987   **Pages:** 3

**Conveyance:** CHANGE OF NAME 19820624

**Assignor:** OMEGA LOUIS BRANDT & FRERE S.A.   **Exec Dt:** 04/15/1987
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)   **Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** SHENIER & O'CONNOR
122 EAST 42ND STREET
NEW YORK, NY 10168

Search Results as of: 11/15/2018 12:09 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 578,041
Registered July 28, 1953
Renewal Term Begins July 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER



OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWITZERLAND CORPORATION) BIENNE, SWITZERLAND, BY CHANGE OF NAME FROM OMEGA LOUIS BRANDT & FRERE, S.A. (SWITZERLAND CORPORATION) BIENNE, SWITZERLAND

OWNER OF U.S. REG. NOS. 25,036 AND 566,370.

FOR: WATCHES (INCLUDING POCKET WATCHES, WRIST WATCHES WITH OR WITHOUT STRAPS, BANDS OR BRACELETS, PENDANT WATCHES, CALENDAR WATCHES, AND STOP-WATCHES) EITHER STEM-WIND OR AUTOMATIC; CLOCKS; CHRONOMETERS, CHRONOGRAPHS, AND PARTS FOR ALL OF THE FOREGOING, IN CLASS 27 (INT. CL. 14).

FIRST USE 0–0–1894; IN COMMERCE 0–0–1894.

SER. NO. 71–637,074, FILED 10–23–1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 21, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered July 28, 1953

**Registration No. 578,041**

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Omega Louis Brandt & Frère, S. A.,
Bienne, Switzerland**

Act of 1946

Application October 23, 1952, Serial No. 637,074



### STATEMENT

Omega Louis Brandt & Frère, S. A., a Swiss corporation, located and doing business at Bienne, Switzerland, has adopted and is using the trademark shown in the accompanying drawing, for WATCHES (INCLUDING POCKET WATCHES, WRIST WATCHES WITH OR WITHOUT STRAPS, BANDS OR BRACELETS, PENDANT WATCHES, CALENDAR WATCHES, AND STOPWATCHES) EITHER STEM-WIND OR AUTOMATIC; CLOCKS; CHRONOMETERS, CHRONOGRAPHS, AND PARTS FOR ALL OF THE FOREGOING, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods; to tags or labels fastened to the goods; or to the containers, and requests that the same be registered in the United States

Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used in 1894, and was first used in commerce which may lawfully be regulated by Congress, viz., commerce between the United States and Switzerland in the same year. Such first usage was on watches.

Applicant owns the following U. S. registrations: Nos. 25,036 and 566,370.

The applicant hereby designates Chauncey P. Carter, of 4400 Klingle Street, Washington 16, D. C., as applicant's representative in the United States on whom notices or process in proceedings affecting the mark may be served.

OMEGA LOUIS BRANDT &
FRÈRE, S. A.,

By ADOLPHE VALLAT,
*Commercial Manager.*

COMB. AFF. SEC. 8 & 15

FEB 2 - 1959



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments:** 1

**Serial #:** 71637074     **Filing Dt:** 10/23/1952     **Reg #:** 578041     **Reg. Dt:** 07/28/1953

**Registrant:** OMEGA LOUIS BRANDT & FRERE, S.A.

**Mark:** OMEGA

**Assignment:** 1

**Reel/Frame:** 1135/0407     **Recorded:** 04/12/1994     **Pages:** 5

**Conveyance:** CHANGE OF NAME EFFECTIVE 6-24-82.

**Assignor:** OMEGA LOUIS BRANDT & FRERE S.A.     **Exec Dt:** 04/15/1987
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)     **Entity Type:** CORPORATION
BIENNE, SWITZERLAND     **Citizenship:** SWITZERLAND

**Correspondent:** JESS M. COLLEN
MCGLEW AND TUTTLE, P.C.
SCARBOROUGH STATION
SCARBOROUGH, NY 10510-0827

Search Results as of: 11/15/2018 12:10 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 672,487

Registered Jan. 13, 1959

Renewal Term Begins Jan. 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

### SPEEDMASTER

OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWITZERLAND CORPORA-TION)

96 RUE JAKOB STAMPFLI

BIENNE, SWITZERLAND, BY ASSIGN-MENT AND CHANGE OF NAME FROM NORMAN M. MORRIS CORPO-RATION (NEW YORK CORPORA-TION) NEW YORK, NY

FOR: WATCHES AND CLOCKS, IN CLASS 27 (INT. CL. 14).

FIRST USE 12–1–1957; IN COMMERCE 12–1–1957.

SER. NO. 72–047,594, FILED 3–12–1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 16, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**672,487**
Registered Jan. 13, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 47,594, filed Mar. 12, 1958

## SPEEDMASTER

Norman M. Morris Corporation (New York corporation)
655 Madison Ave.
New York 21, N. Y.

For: WATCHES AND CLOCKS, in CLASS 27.
First use Dec. 1, 1957; in commerce Dec. 1, 1957.

COMB. AFF. SEC. 8 & 15

FEB 24 1964



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 72047594 | **Filing Dt:** 03/12/1958 | **Reg #:** 672487 | **Reg. Dt:** 01/13/1959 |

**Registrant:** NORMAN M. MORRIS CORPORATION

**Mark:** SPEEDMASTER

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1133/0405 | **Recorded:** 04/13/1994 | **Pages:** 5 |

**Conveyance:** CHANGE OF NAME (SEE RECORD FOR DETAILS)

**Assignor:** OMEGA LOUIS BRANDT & FRERE S.A.
**Exec Dt:** 07/06/1982
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)
BIENNE, SWITZERLAND
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Correspondent:** JESS M. COLLEN
MCGLEW & TUTTLE, P.C.
SCARBOROUGH STATION
SCARBOROUGH, NY 10510-0827

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0360/0847 | **Recorded:** 12/26/1979 | **Pages:** 1 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOOD WILL AS OF MARCH 1, 1977

**Assignor:** NORMAN M. MORRIS CORPORATION
**Exec Dt:** 00/00/0000
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Assignee:** OMEGA LOUIS BRANDT & FRERE S.A.
96 RUE STAMPFLI
BIEENE, SWITZERLAND
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Correspondent:** MASON, FENWICK, ET AL.
1730 RHODE ISLAND AVE. N. W.
1730 RHODE ISLAND AVE. N. W.
WASHINGTON, DC 20036

Search Results as of: 11/15/2018 12:10 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# United States Patent Office

**734,891**
Registered July 24, 1962

## PRINCIPAL REGISTER
### Trademark

Ser. No. 127,631, filed Sept. 11, 1961



Omega Louis Brandt & Frere, S.A. (Swiss company)
Bienne, Switzerland

For: TIMEPIECES AND PARTS THEREOF, in CLASS 27.

First use 1894; in commerce 1894.

The symbol shown on the drawing is the last letter of the Greek alphabet.

Owner of U.S. Reg. Nos. 25,036, 708,731, and others.

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 72127631     **Filing Dt:** 09/11/1961     **Reg #:** 734891     **Reg. Dt:** 07/24/1962

**Registrant:** Omega Louis Brandt & Frere, S.A.

**Mark:**

**Assignment: 1**

**Reel/Frame:** 0432/0299     **Recorded:** 01/07/1983     **Pages:** 3

**Conveyance:** CHANGE OF NAME 19820624

**Assignor:** OMEGA LOUIS BRANDT & FRERE, S.A.     **Exec Dt:** 10/26/1982
                                                 **Entity Type:** UNKNOWN
                                                 **Citizenship:** NONE

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)     **Entity Type:** UNKNOWN
                                                   **Citizenship:** NONE

**Correspondent:** MASON, FENWICK, ET AL.
                   310 OFC BLDG.
                   310 OFC BLDG.
                   1730 R. I. AVE., N. W.
                   WASHINGTON, DC 20036

Search Results as of: 10/24/2019 02:38 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cls.: 9 and 14

Prior U.S. Cls.: 2, 21, 23, 26, 27, 28, 36, 38 and 50

Reg. No. 1,290,661

**United States Patent and Trademark Office**

Registered Aug. 21, 1984

Amended

OG Date May 16, 2006

## TRADEMARK
## PRINCIPAL REGISTER



OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWITZERLAND CORPORATION)
96 RUE STAEMPFLI
BIENNE, SWITZERLAND 2500
OWNER OF SWITZERLAND REG. NO. 312,338, DATED 5-12-1981.

FOR: [ LUBRICATING OILS FOR WATCHES AND CLOCKS ], IN CLASS 4 (U.S. CLS. 1, 6 AND 15). .

FOR: COMPUTER APPARATUS FOR CHECKING AND CONTROLLING THE MEASUREMENT OF TIME AND DISTANCE FOR SPORTING EVENTS, [ SCIENTIFIC INVESTIGATION, AND INDUSTRIAL APPLICATION, INCLUDING THE ACQUISITION, TRANSMISSION, AND MANAGEMENT OF INFORMATION INTENDED FOR TRANSPORTATION, PUBLICITY, AND FINANCIAL USE; ] COMPUTERS FOR CALCULATING INFORMATION IN RESPECT OF TIME AND DISTANCE, STORING SUCH INFORMATION, AND MAKING THE SAME AVAILABLE IN VISUAL OR AUDIBLE FORM – ALL OF WHICH INSTALLATIONS CONTAIN ELECTRONIC ELEMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). .

FOR: WATCH CASES [ , WATCH CHAINS, AND WATCH STANDS SOLD AS A UNIT WITH WATCHES ], IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). .

SER. NO. 73-370,198, FILED 6-17-1982.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 7 04:12:27 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [＿＿＿] OR Jump to record: [＿＿＿]   **Record 6 out of 7**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OMEGA |
| **Goods and Services** | (CANCELLED) IC 004. US 001 006 015. G & S: [ Lubricating Oils for Watches and Clocks ] |
| | (CANCELLED) IC 008. US 023 028 044. G & S: [ Tools Used in Clock and Watch Making; Tools Used in Jewelry Making ] |
| | IC 014. US 002 027 028 050. G & S: Watch Cases [ , Watch Chains, and Watch Stands Sold as a Unit with Watches ] |
| | (CANCELLED) IC 016. US 002 005 022 023 029 037 038 050. G & S: [ Fountain Pens and mechanical pencils ] |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 28.01.05 - Alpha (Greek letter); Greek characters; Omega (Greek letter) |
| **Serial Number** | 73370198 |
| **Filing Date** | June 17, 1982 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | November 15, 1983 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1290661 |
| **Registration Date** | August 21, 1984 |
| **Owner** | (REGISTRANT) Omega SA (Omega AG) (Omega Ltd.) CORPORATION SWITZERLAND Jakob-Stämpfli-Strasse 96 Biel/Bienne SWITZERLAND CH2500 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Abelman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141017. PARTIAL SECTION 8(10-YR) 20051216. |
| **Renewal** | 2ND RENEWAL 20141017 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

---



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 73370198 | **Filing Dt:** 06/17/1982 | **Reg #:** 1290661 | **Reg. Dt:** 08/21/1984 |

**Registrant:** Omega SA (Omega AG) (Omega Ltd.)

**Mark:** OMEGA

**Assignment: 1**

**Reel/Frame:** 0444/0955        **Recorded:** 05/05/1983                    **Pages:** 3

**Conveyance:** CHANGE OF NAME 19820624

**Assignor:** OMEGA LOUIS BRANDT & FRERE S.A.                    **Exec Dt:** 03/16/1983
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** OMEGA SA (OMEGA AG) (OMEGA LTD.)        **Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** HENRY L. SHENIER
SHENIER & O'CONNOR
380 LEXINGTON AVE.
NEW YORK, NY 10168
SHENIER AND O'CONNOR

Search Results as of: 07/08/2020 01:37 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 3,085,659

## United States Patent and Trademark Office

Registered Apr. 25, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# PLANET OCEAN

OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWIT-
ZERLAND JOINT STOCK COMPANY)
96, RUE JAKOB-STÄMPFLI
CH-2502 BIENNE
SWITZERLAND

FOR: WATCHES AND WATCH PARTS, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION
0705904 DATED 1-14-1999, EXPIRES 1-14-2009.

SER. NO. 79-009,839, FILED 9-17-2004.

VERNA BETH RIRIE, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 3,418,186**

## United States Patent and Trademark Office

Registered Apr. 29, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

## BROAD ARROW

OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWIT-
ZERLAND CORPORATION)
JAKOB-STÄMPLI-STRASSE 96
BIEL/BIENNE, SWITZERLAND 2502

FOR: WATCHES, WATCH STRAPS, WATCH BRA-
CELETS AND PARTS THEREOF; CHRONOM-
ETERS, CHRONOGRAPHS, WATCHES MADE OF
PRECIOUS METALS, WATCHES PARTLY OR EN-
TIRELY SET WITH PRECIOUS STONES, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-9-2001; IN COMMERCE 8-9-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON
SWITZERLAND APPLICATION NO. 508927, FILED
12-5-2002, REG. NO. 508927, DATED 12-5-2002, EX-
PIRES 12-5-2012.

SER. NO. 78-258,004, FILED 6-4-2003.

WANDA KAY PRICE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 26 03:51:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | BROAD ARROW |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Watches, [ watch straps, watch bracelets and parts thereof; ] chronometers, chronographs, watches made of precious metals, watches partly or entirely set with precious stones. FIRST USE: 20010809. FIRST USE IN COMMERCE: 20010809 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78258004 |
| **Filing Date** | June 4, 2003 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | February 12, 2008 |
| **Registration Number** | 3418186 |
| **Registration Date** | April 29, 2008 |
| **Owner** | (REGISTRANT) Omega SA (Omega AG) (Omega Ltd.) CORPORATION SWITZERLAND Jakob-Stämpli-Strasse 96 Biel/Bienne SWITZERLAND 2502 |
| **Attorney of Record** | Lawrence E. Abelman |
| **Priority Date** | December 5, 2002 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180509. |
| **Renewal** | 1ST RENEWAL 20180509 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 3,640,080

Registered June 16, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# SEAMASTER

OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWIT-
ZERLAND CORPORATION)
JAKOB-STAMPFLI-STRASSE 96
2502 BIEL/BIENNE, SWITZERLAND

FOR: JEWELRY, PRECIOUS STONES; HOROLO-
GICAL AND CHRONOMETRICAL INSTRUMENTS,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-25-1949; IN COMMERCE 3-25-1949.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON
SWITZERLAND APPLICATION NO. 01106/2006,
FILED 5-22-2006, REG. NO. 547867, DATED 11-7-
2006, EXPIRES 5-22-2016.

OWNER OF U.S. REG. NOS. 556,602, 3,074,168,
AND OTHERS.

SN 77-048,887, FILED 11-21-2006.

DANIEL CAPSHAW, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 26 03:51:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  [          ]  OR  Jump  to record:  [          ]  **Record 4 out of 4**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# SEAMASTER

| | |
|---|---|
| **Word Mark** | SEAMASTER |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: (( Jewelry, )) [ precious stones; ] horological and chronometrical instruments. FIRST USE: 19490325. FIRST USE IN COMMERCE: 19490325 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77048887 |
| **Filing Date** | November 21, 2006 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1B;44D;44E |
| **Published for Opposition** | July 31, 2007 |
| **Registration Number** | 3640080 |
| **Registration Date** | June 16, 2009 |
| **Owner** | (REGISTRANT) Omega SA (Omega AG) (Omega Ltd.) CORPORATION SWITZERLAND Jakob-Stampfli-Strasse 96 2502 Biel/Bienne SWITZERLAND |
| **Attorney of Record** | Lawrence E. Abelman |
| **Priority Date** | May 22, 2006 |
| **Prior Registrations** | 0556602;3074168;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190723. |
| **Renewal** | 1ST RENEWAL 20190723 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,757,932** OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWITZERLAND CORPORATION)
Registered Mar. 9, 2010 JAKOB-STAMPFLI-STRASSE 96
2502 BIEL/BIENNE, SWITZERLAND

**Int. Cl.: 14** FOR: JEWELRY AND PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC IN-
STRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK** FIRST USE 0-0-1958; IN COMMERCE 0-0-1959.
**PRINCIPAL REGISTER**

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 10674/2006,
FILED 8-17-2006, REG. NO. 551434, DATED 8-17-2006, EXPIRES 8-17-2016.

SN 77-108,646, FILED 2-15-2007.

BRIAN PINO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 26 03:51:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [jewelry and precious stones;] horological and chronometric instruments. FIRST USE: 19580000. FIRST USE IN COMMERCE: 19590000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.19.07 - Sea horse<br>03.19.24 - Stylized fish, whales, seals, sea lions<br>18.13.03 - Bridles; Harnesses; Saddles and harnesses |
| **Trademark Search Facility Classification Code** | ANI-VERT Vertebrate;animals that have a spinal column, backbone, or internal skeleton<br>ART-18.13 Equipment for animals |
| **Serial Number** | 77108646 |
| **Filing Date** | February 15, 2007 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1B;44D;44E |
| **Published for Opposition** | February 26, 2008 |
| **Registration Number** | 3757932 |
| **Registration Date** | March 9, 2010 |
| **Owner** | (REGISTRANT) Omega SA (Omega AG) (Omega Ltd.) CORPORATION SWITZERLAND Jakob-Stampfli-Strasse 96 2502 Biel/Bienne SWITZERLAND |
| **Attorney of Record** | Lawrence E. Abelman |
| **Priority Date** | August 17, 2006 |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States of America
## United States Patent and Trademark Office

# AQUA TERRA

**Reg. No. 4,299,644**

**Registered Mar. 12, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OMEGA SA(OMEGA AG)(OMEGA LTD.) (SWITZERLAND JOINT STOCK COMPANY)
96 JAKOB-STAMPFLI-STRASSE
2502 BIEL/BIENNE, SWITZERLAND

FOR: WATCHES, WATCH STRAPS, WATCH BRACELETS AND PARTS THEREOF, CHRONOMETERS, CHRONOGRAPHS FOR USE AS WATCHES, WATCHES MADE OF PRECIOUS METALS, WATCHES PARTLY OR ENTIRELY SET WITH PRECIOUS STONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-21-2002; IN COMMERCE 7-18-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF SWITZERLAND REG. NO. 502863, DATED 6-11-2002, EXPIRES 6-11-2022.

SER. NO. 77-273,706, FILED 9-7-2007.

STEVEN JACKSON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CO-AXIAL

**Reg. No. 4,442,192**
**Registered Dec. 3, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWITZERLAND CORPORATION)
JAKOB-STÄMPFLI-STRASSE 96
2502 BIEL/BIENNE, SWITZERLAND

FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-28-1999; IN COMMERCE 7-1-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-567,398, FILED 3-12-2012.

DEZMONA MIZELLE, EXAMINING ATTORNEY



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# DARK SIDE OF THE MOON

**Reg. No. 4,735,993**
**Registered May 12, 2015**

OMEGA SA (OMEGA AG) (OMEGA LTD.) (SWITZERLAND CORPORATION)
JAKOB-STÄMPFLI-STRASSE 96
2502 BIEL/BIENNE, SWITZERLAND

**Int. Cl.: 14**

FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

FIRST USE 10-10-2013; IN COMMERCE 10-17-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF SWITZERLAND REG. NO. 639818, DATED 2-12-2013, EXPIRES 1-25-2023.

SN 86-040,421, FILED 8-16-2013.

ELISSA GARBER KON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

Ω

# OMEGA

**Reg. No. 5,094,915**

**Registered Dec. 06, 2016**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Omega SA (Omega AG) (Omega Ltd.) (SWITZERLAND CORPORATION)
Jakob-Stämpfli-Strasse 96
Biel/Bienne SWITZERLAND 2502

CLASS 14: Horological and chronometric instruments and parts for the aforesaid goods; accessories namely, watch chains, presentation cases for watches and cases for watches

FIRST USE 3-10-1894; IN COMMERCE 3-10-1894

OWNER OF SWITZERLAND REG. NO. 665364, DATED 10-24-2014, RENEWED AS REG. NO. 665364 , EXPIRES 10-10-2024

The mark consists of the letter of the Greek alphabet OMEGA above the word "OMEGA".

SER. NO. 86-978,393, FILED 04-24-2015
JENNIFER LYNN O'BRIEN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## CO-AXIAL MASTER CHRONOMETER

**Reg. No. 5,266,563**

**Registered Aug. 15, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Omega SA (Omega AG) (Omega Ltd.) (SWITZERLAND CORPORATION)
Jakob-Stämpfli-Strasse 96
2502 Biel/Bienne SWITZERLAND

CLASS 14: horological and chronometric instruments

FIRST USE 10-29-2015; IN COMMERCE 11-12-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 53181/2015, FILED 03-18-2015, REG. NO. 675216, DATED 07-06-2015, EXPIRES 03-18-2025

OWNER OF U.S. REG. NO. 4442192

No claim is made to the exclusive right to use the following apart from the mark as shown: "CHRONOMETER"

SEC. 2(F) as to "CO-AXIAL"

SER. NO. 86-742,813, FILED 08-31-2015
YAT SYE I LEE, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office