Composite Exhibit 8

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**    Reg. No. 1,477,592
Registered Feb. 23, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## PAMP

PAMP S.A. (SWITZERLAND CORPORATION)
CASTEL S. PIETRO, SWITZERLAND

FOR: ARTICLES OF JEWELRY, NAMELY, RINGS, BRACELETS, EARRINGS, CUFF LINKS, BROOCHES, CHAINS, NECKLACES, MEDALS; JEWELRY; TIME PIECES, NAMELY, STOP WATCHES, CLOCKS, ALARM CLOCKS; PRECIOUS AND SEMI-PRECIOUS METAL AND THEIR ALLOYS IN BANDS, BARS, LEAVES, THREADS, INGOTS, SHEETS, DUST, RIBBONS AND TUBES; AND COINS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1980.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 7737, FILED 10-31-1986, REG. NO. 290731, DATED 6-3-1977, EXPIRES 10-31-2006.

SER. NO. 657,994, FILED 4-30-1987.

JANICE O'LEAR, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Jun 18 04:12:24 EDT 2020

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | PAMP |
| Goods and Services | IC 014. US 002 027 028 050. G & S: [ ARTICLES OF JEWELRY, NAMELY, RINGS, BRACELETS, EARRINGS, CUFF LINKS, BROOCHES, CHAINS, NECKLACES, MEDALS; JEWELRY; TIME PIECES, NAMELY, STOP WATCHES, CLOCKS, ALARM CLOCKS; ] PRECIOUS AND SEMI-PRECIOUS METAL AND THEIR ALLOYS IN [ BANDS, ] BARS, [ LEAVES, THREADS, ] INGOTS, [ SHEETS, DUST, RIBBONS AND TUBES; AND COINS ]. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19800000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73657994 |
| Filing Date | April 30, 1987 |
| Current Basis | 1A;44E |
| Original Filing Basis | 1A;44D |
| Published for Opposition | December 1, 1987 |
| Registration Number | **1477592** |
| Registration Date | February 23, 1988 |
| Owner | (REGISTRANT) PAMP S.A. CORPORATION SWITZERLAND Via Alle Zocche CASTEL S. PIETRO SWITZERLAND |
| Attorney of Record | John A. Galbreath |
| Priority Date | October 31, 1986 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180220. |
| Renewal | 2ND RENEWAL 20180220 |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**  Reg. No. 1,503,810
Registered Sep. 13, 1988

## TRADEMARK
### PRINCIPAL REGISTER



PAMP S.A.
CASTEL S. PIETRO, SWITZERLAND

FOR: JEWELRY IN PRECIOUS METALS; PRECIOUS METALS AND THEIR ALLOYS IN THE FORM OF INGOTS, MEDALS BANDS AND BARS, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1980.

OWNER OF SWITZERLAND REG. NO. 290731, DATED 6-3-1977, EXPIRES 6-3-1997.

THE LINING IN THE DRAWING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SER. NO. 685,808, FILED 9-22-1987.

GARY L. SHAFFER, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Jun 18 04:12:24 EDT 2020

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | PAMP |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: JEWELRY IN PRECIOUS METALS; PRECIOUS METALS AND THEIR ALLOYS IN THE FORM OF INGOTS, MEDALS [ BANDS ] AND BARS. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19800000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.30 - Circles, exactly four circles; Four circles<br>26.19.02 - Cylinders (geometric) |
| **Serial Number** | 73685808 |
| **Filing Date** | September 22, 1987 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44E |
| **Published for Opposition** | June 21, 1988 |
| **Registration Number** | 1503810 |
| **Registration Date** | September 13, 1988 |
| **Owner** | (REGISTRANT) PAMP S.A. CORPORATION SWITZERLAND Via Alle Zocche CASTEL S. PIETRO SWITZERLAND |
| **Attorney of Record** | John A. Galbreath |
| **Description of Mark** | THE LINING IN THE DRAWING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180222. |
| **Renewal** | 2ND RENEWAL 20180222 |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 14

Prior U.S. Cls.: 1 and 28

**United States Patent and Trademark Office**  Reg. No. 1,597,361
Registered May 22, 1990

## TRADEMARK
### PRINCIPAL REGISTER



PAMP S.A. (SWITZERLAND CORPORATION)
CASTEL SAN PIETRO, SWITZERLAND

   FOR: ARTICLES OF JEWELRY, SMALL INGOTS OF PRECIOUS METAL, PRECIOUS METAL SOLD IN BULK, MEDALLIONS AND NON-MONETARY COINS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 1 AND 28).

   FIRST USE 0–0–1978; IN COMMERCE 0–0–1979.
   OWNER OF SWITZERLAND REG. NO. 355451, DATED 7-23-1987, EXPIRES 7-23-2007.
   OWNER OF U.S. REG. NO. 1,478,633.

   SER. NO. 73-798,297, FILED 5-8-1989.

   ANGIE SMALL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## VERISCAN

**Reg. No. 4,545,646**
**Registered Jun. 10, 2014**
**Corrected Aug. 01, 2017**
**Int. Cl.: 9, 35, 42, 45**
**Service Mark**
**Trademark**
**Principal Register**

Pamp SA (SWITZERLAND Société anonyme (SA) )
Via Alle Zocche 1
CH-6874 Castel San Pietro
SWITZERLAND

CLASS 9: Apparatus for checking the authenticity of precious metals; * equipment for the authentication of goods of metal and documents relating thereto and * currency authentication apparatus [ and equipment for capturing the surface signature of documents and products in precious metal by optical surface authentication technology; ] scanners for computing; pattern recognition systems [ consisting ] * composed * of computer chips, computer hardware and software for [ use as a spreadsheet, word processing or in database management for converting data into digital ID ] * authenticating goods of metal and documents relating thereto *

CLASS 35: [ Computer data gathering services, namely, compilation of data for business purposes; ] compilation of information in computer databases; compilation of information into computer databases *, all the aforesaid services relating to the examination, production, refining, certification and authentication of goods of metal and for the authentication and certification of physical documents relating thereto, including cash and passports; computer data gathering services *

CLASS 42: Ingot authentication and certification, namely, testing, analysis and evaluation of the ingots of others for the purpose of certification; computer authorization, namely, software authoring, design and implementation of software and technology solutions for the purpose of precious metals and currency products and document authentication and tracking, and brand monitoring and protection, to protect against counterfeiting, tampering, and diversion, and to ensure the integrity of genuine products and documents; computer authentication, namely, electronic document and email authentication services; data encryption and decoding services; digital certificate services, namely, authentication, issuance and validation of digital certificates; digitization of documents, namely, electronic scanning of official documents, identity card, passport; computer data recovery; electronic data backup, namely, backup services for computer hard drive data; computer data security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials * ; all the aforesaid services in connection with the examination, production, refining, certification and authentication of goods of metal and for the authentication and certification of physical documents relating thereto, including cash and passports *

CLASS 45: Authentication of personal identification information; identification and verification services, namely, the provision of authentication of personal identification information *, all the aforesaid services in connection with the authentication of passports * ; assignment of identification numbers to affix to valuables to facilitate recovery in the event of loss or theft; automated fraud detection services in the field of the authentication of items made of precious metal

The mark consists of the word "VERISCAN" appearing in stylized font with the letter "I" being formed by a fingerprint pattern.

PRIORITY DATE OF 09-28-2012 IS CLAIMED



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1159335 DATED 03-25-2013, EXPIRES 03-25-2023

SER. NO. 79-129,786, FILED 03-25-2013

Page: 2 of 3 / RN # 4545646

# United States of America
## United States Patent and Trademark Office

# LADY FORTUNA

**Reg. No. 5,343,249**
**Registered Nov. 28, 2017**
**Int. Cl.: 14**
**Trademark**
**Principal Register**

Pamp SA (SWITZERLAND Società anonima (SA) )
Via Alle Zocche 1
Ch-6874 Castel San Pietro
SWITZERLAND

CLASS 14: Precious metals and their alloys and goods made of these materials or coated therewith not included in other classes, namely, key rings, name plates of precious metal, boxes of precious metal, presentation boxes for watches; jewelry, precious stones; timepieces and chronometric instruments; jewelry ornaments; jewelry rings; jewelry bracelets; earrings; cuff links; jewelry broaches; jewelry chains; jewelry necklaces; medals; charms; pendants; apparatus and instruments for measuring and marking time, not included in other classes, namely, watch bezels, watch dials, watch crown, watch hands, watch rotors; chronometers; clocks; watches; alarm clocks; unwrought or semi-wrought precious metals; alloys of precious metal; ingots of precious metals; gold thread jewelry; silver thread jewelry; jewelry threads of precious metal; spun silver; coins, namely souvenir coins, collectible coins, commemorative coins, non-monetary coins

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-24-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1324248 DATED 09-06-2016, EXPIRES 09-06-2026

SER. NO. 79-198,448, FILED 09-06-2016



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.