Composite Exhibit 9

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**  Reg. No. 1,639,684
Registered Apr. 2, 1991

## TRADEMARK
## PRINCIPAL REGISTER

# TISSOT

TISSOT S.A. (SWITZERLAND CORPORATION)
CHEMIN DES TOURELLES 17
LE LOCLE, SWITZERLAND

FOR: WATCHES; PARTS, FITTINGS AND FIXTURES FOR WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1959; IN COMMERCE 0-0-1959.

OWNER OF U.S. REG. NOS. 514,602, 691,252, AND 887,867.

SER. NO. 74-028,361, FILED 2-12-1990.

ANDREW D. LAWRENCE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,900,255**  
**Registered Feb. 16, 2016**  
**Int. Cl.: 14**  

**TRADEMARK**  

**PRINCIPAL REGISTER**

TISSOT SA (SWITZERLAND CORPORATION)  
CHEMIN DE TOURELLES 17  
2400 LE LOCLE, SWITZERLAND  

FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-17-2002; IN COMMERCE 10-17-2002.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 54828/2014, FILED 4-22-2014, REG. NO. 661294, DATED 7-11-2014, EXPIRES 4-22-2024.

THE MARK CONSISTS OF THE LETTER "T" INSIDE A CIRCLE.

SER. NO. 86-431,775, FILED 10-22-2014.

NICOLE A NGUYEN, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,971,556**  TISSOT SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
CHEMIN DES TOURELLES 17
**Registered June 7, 2016**  LE LOCLE, SWITZERLAND 2400

**Int. Cl.: 14**  FOR: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**  FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF THE LETTER "T" INSIDE A FULLY-SHADED SQUARE.

SER. NO. 86-542,327, FILED 2-23-2015.

MEGAN ASKEW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office