Composite Exhibit 10

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,117,381
Registered July 18, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# RICHARD MILLE

HALTIN SA, C/O CM MANAGEMENT SERVICES S.A.
RUE DE L'AVENIR 23
CH-2800 DELÉMONT
SWITZERLAND

FOR: PRECIOUS METALS AND THEIR ALLOYS, JEWELRY, PRECIOUS STONES, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0732812 DATED 3-31-2000, EXPIRES 3-31-2010.

THE NAME RICHARD MILLE IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 79-012,121, FILED 5-31-2005.

SCOTT BALDWIN, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments:** 4

| | | | |
|---|---|---|---|
| **Serial #:** 79012121 | **Filing Dt:** 05/31/2005 | **Reg #:** 3117381 | **Reg. Dt:** 07/18/2006 |
| **Registrant:** Haltin SA, c/o CM Management Services S. | | | |
| **Mark:** RICHARD MILLE | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 3335/0828 | **Recorded:** 06/22/2006 | **Pages:** 2 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** TURLEN HOLDING S.A. | | **Exec Dt:** 05/01/2006 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** SWITZERLAND |
| **Assignee:** HALTIN SA, C/O CM MANAGEMENT SERVICES S.A.<br>RUE DE L'AVENIR 23<br>CH-2800 DELÉMONT, SWITZERLAND | | **Entity Type:** UNKNOWN<br>**Citizenship:** SWITZERLAND |
| **Correspondent:** HALTIN SA,<br>RUE DE L'AVENIR 23<br>CH-2800 DELÉMONT<br>SWITZERLAND | | |

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 3420/0813 | **Recorded:** 11/02/2006 | **Pages:** 2 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** HALTIN SA | | **Exec Dt:** 07/05/2006 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** SWITZERLAND |
| **Assignee:** TURLEN HOLDING SA C/O C.M. MANAGEMENT SERVICES S.A.<br>RUE DE L'AVENIR 23<br>CH-2800 DELÉMONT, SWITZERLAND | | **Entity Type:** SOCIÉTÉ ANONYME<br>**Citizenship:** NONE |
| **Correspondent:** TURLEN HOLDING SA<br>RUE DE L'AVENIR 23<br>CH-2800 DELÉMONT<br>SWITZERLAND | | |

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 4598/0616 | **Recorded:** 08/05/2011 | **Pages:** 2 |
| **Conveyance:** CHANGE OF ADDRESS | | |
| **Assignor:** TURLEN HOLDING SA | | **Exec Dt:** 06/28/2011 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** SWITZERLAND |
| **Assignee:** TURLEN HOLDING SA<br>C/O SIPO S.A.<br>CHEMIN DU CH?TEAU 26A<br>CH-2805 SOYHI?RES, SWITZERLAND | | **Entity Type:** UNKNOWN<br>**Citizenship:** NONE |
| **Correspondent:** TURLEN HOLDING SA<br>C/O SIPO S.A. | | |

CHEMIN DU CH?TEAU 26A
CH-2805 SOYHI?RES
SWITZERLAND

## Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 5716/0684 | **Recorded:** 01/28/2016 | **Pages:** 2 |
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Assignor:** | TURLEN HOLDING SA | **Exec Dt:** | 11/27/2015 |
| | | **Entity Type:** | UNKNOWN |
| | | **Citizenship:** | NOT PROVIDED |
| **Assignee:** | TURLEN HOLDING SA | **Entity Type:** | UNKNOWN |
| | RUE DU JURA 11 | **Citizenship:** | NOT PROVIDED |
| | CH-2345 LES BREULEUX, SWITZERLAND | | |
| **Correspondent:** | TURLEN HOLDING SA | | |
| | RUE DU JURA 11 | | |
| | CH-2345 LES BREULEUX | | |
| | SWITZERLAND | | |

Search Results as of: 11/15/2018 12:13 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |